# Exhibit 1

Int. Cls.: 1, 3 and 4

Prior U.S. Cls.: 4, 6, 15 and 52

## United States Patent and Trademark Office

Reg. No. 1,421,618

Registered Dec. 23, 1986

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: CHEMICAL PRODUCTS FOR VEHICLES - NAMELY, BATTERY FLUID, BRAKE FLUID, GASOLINE ADDITIVE, DIESEL FUEL ADDITIVE, ENGINE OIL ADDITIVE, FUEL LINE ANTIFREEZE, COOLING SYSTEM FLUID, REFRIGERANT, VINYL PROTECTANT, AND WATERSTRIP ADHESIVE, IN CLASS 1 (U.S. CL. 6).

FIRST USE 1–1–1983; IN COMMERCE 7–0–1983.

FOR: CLEANING PREPARATIONS FOR VEHICLES - NAMELY, CARBURETOR CLEANER, RUST REMOVER, BRAKE CLEANER, GLASS CLEANER, VINYL CLEANER, FABRIC CLEANER, INSTANT RESIN GLAZE, BODY CLEANER, WINDSHIELD WASHER SOLVENT, AND INSECT REMOVER, IN CLASS 3 (U.S. CLS. 4 AND 52).

FIRST USE 1–1–1983; IN COMMERCE 7–0–1983.

FOR: OILS, GREASES, AND LUBRICANTS FOR VEHICLES , IN CLASS 4 (U.S. CL. 15).

FIRST USE 1–1–1983; IN COMMERCE 7–0–1983.

OWNER OF U.S. REG. NOS. 686,587, 689,796, AND 1,347,230.

SER. NO. 586,030, FILED 2–28–1986.

HELEN ROBERTS WENDEL, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**
Reg. No. 1,432,854
Registered Mar. 17, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## MAXIMA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, EXCLUDING TIRES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

SER. NO. 587,241, FILED 3-10-1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,432,854

## United States Patent and Trademark Office

Registered Mar. 17, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## MAXIMA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, EXCLUDING TIRES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

SER. NO. 587,241, FILED 3-10-1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,442,001
Registered June 9, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## PATHFINDER

COACHMEN INDUSTRIES, INC. (INDIANA CORPORATION)
601 EAST BEARDSLEY AVENUE
ELKHART, IN 46516

FOR: LIGHT TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 3-19-1986; IN COMMERCE 3-19-1986.

OWNER OF U.S. REG. NO. 1,290,892.

SER. NO. 598,542, FILED 5-13-1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,442,001

## United States Patent and Trademark Office

Registered June 9, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## PATHFINDER

COACHMEN INDUSTRIES, INC. (INDIANA CORPORATION)
601 EAST BEARDSLEY AVENUE
ELKHART, IN 46516

FOR: LIGHT TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 3–19–1986; IN COMMERCE 3–19–1986.

OWNER OF U.S. REG. NO. 1,290,892.

SER. NO. 598,542, FILED 5–13–1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,478,618
Registered Mar. 1, 1988
OG Date Oct. 24, 1989

# TRADEMARK
## PRINCIPAL REGISTER

## INFINITI

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES [, TRUCKS] AND STRUCTURAL PARTS THERE-FOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

SER. NO. 671,630, FILED 7-10-1987.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,478,618

## United States Patent and Trademark Office    Registered Mar. 1, 1988

### TRADEMARK
### PRINCIPAL REGISTER

## INFINITI

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES, TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

SER. NO. 671,630, FILED 7-10-1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,509,170
Registered Oct. 18, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## SENTRA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 4-14-1982; IN COMMERCE 4-14-1982.

SER. NO. 637,311, FILED 12-29-1986.

MICHELE L. MCSHANE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,509,170

## United States Patent and Trademark Office   Registered Oct. 18, 1988

### TRADEMARK
#### PRINCIPAL REGISTER

## SENTRA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 4–14–1982; IN COMMERCE 4–14–1982.

SER. NO. 637,311, FILED 12–29–1986.

MICHELE L. MCSHANE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,536,313

Registered Apr. 25, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## NISMO

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: VEHICLES FOR LOCOMOTION BY LAND, AIR, AND WATER, NAMELY, AUTOMOBILES, TRUCKS, FORKLIFT TRUCKS, MOTORCYCLES, BICYCLES, MOTORBOATS, YACHTS, SAILBOATS, AIRPLANES, HELICOP-TERS, GLIDERS, BALLOONS, BLIMPS, AND STRUCTURAL PARTS FOR ALL OF THE FOREGOING, IN CLASS 12 (U.S. CL. 19).

OWNER OF JAPAN REG. NO. 1931550, DATED 2-25-1987, EXPIRES 2-25-1997.

SER. NO. 711,311, FILED 2-16-1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,536,313
Registered Apr. 25, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## NISMO

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: VEHICLES FOR LOCOMOTION BY LAND, AIR, AND WATER, NAMELY, AUTOMOBILES, TRUCKS, FORKLIFT TRUCKS, MOTORCYCLES, BICYCLES, MOTORBOATS, YACHTS, SAILBOATS, AIRPLANES, HELICOP-TERS, GLIDERS, BALLOONS, BLIMPS, AND STRUCTURAL PARTS FOR ALL OF THE FOREGOING, IN CLASS 12 (U.S. CL. 19).

OWNER OF JAPAN REG. NO. 1931550, DATED 2–25–1987, EXPIRES 2–25–1997.

SER. NO. 711,311, FILED 2–16–1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,546,304
Registered July 4, 1989

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR-DRIVEN LAND VEHICLES, NAMELY AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).
FIRST USE 10–8–1987; IN COMMERCE 10–8–1987.

SER. NO. 724,491, FILED 4–25–1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,547,275
Registered July 11, 1989

### TRADEMARK
#### PRINCIPAL REGISTER

## 300ZX

NISSAN JIDOSHA KUBUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 10–20–1983; IN COMMERCE 10–20–1983.

SER. NO. 771,222, FILED 12–23–1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,547,275

## United States Patent and Trademark Office
Registered July 11, 1989

## TRADEMARK
### PRINCIPAL REGISTER

### 300ZX

NISSAN JIDOSHA KUBUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 10-20-1983; IN COMMERCE 10-20-1983.

SER. NO. 771,222, FILED 12-23-1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,595,222
Registered May 8, 1990

## TRADEMARK
### PRINCIPAL REGISTER

**Z**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), AKA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO
KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19). FIRST USE 10-0-1969; IN COMMERCE 10-0-1969.

SER. NO. 73–826,552, FILED 9–20–1989.

STEPHEN JANOSKI, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,595,222
Registered May 8, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## Z

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), AKA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO
KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19). FIRST USE 10–0–1969; IN COMMERCE 10–0–1969.

SER. NO. 73–826,552, FILED 9–20–1989.

STEPHEN JANOSKI, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,621,098
Registered Nov. 6, 1990

## TRADEMARK
### PRINCIPAL REGISTER



I N F I N I T I

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR CO., LTD.
NO. 2
TAKARACHO, KANAGAWA-KU, YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 1–0–1989; IN COMMERCE 1–0–1989.

OWNER OF U.S. REG. NOS. 1,478,618 AND 1,546,304.

THE DRAWING IS LINED TO INDICATE THE COLOR BURGUNDY.

SER. NO. 73–831,599, FILED 10–16–1989.

RICHARD A. STRASER, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cl.: 19**

**Reg. No. 1,632,276**

## United States Patent and Trademark Office
Registered Jan. 22, 1991

### TRADEMARK
#### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION) , TA NISSAN MOTOR CO., LTD.
NO. 2
TAKARACHO, KANAGAWA-KU, YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 1–0–1989; IN COMMERCE 1–0–1989.

OWNER OF U.S. REG. NOS. 1,478,618, 1,546,304 AND OTHERS.

THE DRAWING IS LINED TO INDICATE THE COLOR BURGUNDY.

SER. NO. 73–831,600, FILED 10–16–1989.

RACHEL BLUE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19                        Reg. No. 1,632,276

**United States Patent and Trademark Office**     Registered Jan. 22, 1991

10 Year Renewal/Amended            Renewal Term Begins Jan. 22, 2011

## TRADEMARK
## PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623, TA NISSAN MOTOR CO., LTD., TA NISSAN MOTOR CO., LTD., OWNER OF U.S. REG. NOS. 1,478,618, 1,546,304 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED INFINITI WORD MARK, AND SEMI-CIRCLE BROKEN BY AN INVERTED "V".

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 1-0-1989; IN COMMERCE 1-0-1989.

SER. NO. 73-831,600, FILED 10-16-1989.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 8, 2011.*

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,768,025
Registered Apr. 27, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## ALTIMA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES; NAMELY, AUTOMOBILES, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 9-9-1992; IN COMMERCE 9-9-1992.

SN 74-225,781, FILED 11-25-1991.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,768,025
Registered Apr. 27, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## ALTIMA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES; NAMELY, AUTO-MOBILES, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 9–9–1992; IN COMMERCE 9–9–1992.

SN 74–225,781, FILED 11–25–1991.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 1,914,770

Registered Aug. 29, 1995

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION) , TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: LAND VEHICLES, NAMELY, AUTO-MOBILES, STATION WAGONS, VANS, TRUCKS, UTILITY VEHICLES, STRUCTURAL PARTS THEREFOR AND ENGINES AND MOTORS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 89–75053, FILED 7–3–1989, REG. NO. 2616635, DATED 1–31–1994, EXPIRES 1–31–2004.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 89–75053, FILED 7–3–1989, REG. NO. 2655509, DATED 4–28–1994, EXPIRES 4–28–2004.

OWNER OF U.S. REG. NOS. 686,587, 1,448,362 AND OTHERS.

SER. NO. 73–827,615, FILED 9–25–1989.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 1,932,374
Registered Oct. 31, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## I30

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-0-1995; IN COMMERCE 2-0-1995.
OWNER OF U.S. REG. NOS. 1,669,349 AND 1,740,561.

SN 74-525,465, FILED 5-16-1994.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

Reg. No. 1,937,268

Registered Nov. 21, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## 200SX

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY AUTO-MOBILES AND STRUCTURAL PARTS THERE-FOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0–0–1977; IN COMMERCE 0–0–1977.

OWNER OF U.S. REG. NO. 1,537,351.

SER. NO. 74–613,154, FILED 12–20–1994.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cls.: **12 and 18**

Prior U.S. Cls.: **1, 2, 3, 19, 21, 22, 23, 31, 35, 41 and 44**

Reg. No. 2,073,651

## United States Patent and Trademark Office

Registered June 24, 1997

### TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR NOSE MASKS FOR AUTOMO-BILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1–0–1990; IN COMMERCE 1–0–1990.

FOR: LUGGAGE, TOTE BAGS, SPORTS BAGS, TRAVEL BAGS, BUSINESS CARD CASES UMBRELLAS, AND GOLF UMBREL-LAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1–0–1990; IN COMMERCE 1–0–1990.

OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75–103,432, FILED 5–13–1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 2,043,779
Registered Mar. 11, 1997

### TRADEMARK
#### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTO-MOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS

THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-0-1989; IN COMMERCE 9-0-1989.

OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,654, FILED 5-13-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 27

Prior U.S. Cls.: 19, 20, 37, 42 and 50

Reg. No. 2,043,780

United States Patent and Trademark Office    Registered Mar. 11, 1997

## TRADEMARK
## PRINCIPAL REGISTER

## NISSAN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 4-0-1983; IN COMMERCE 4-0-1983.
OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,658, FILED 5-13-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,047,839

## United States Patent and Trademark Office

Registered Mar. 25, 1997

### TRADEMARK
#### PRINCIPAL REGISTER

## NISSAN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.
OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,026, FILED 5-13-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,047,840

Registered Mar. 25, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTO-MOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LIFT TRUCKS AND STRUCTUR-AL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-1983; IN COMMERCE 7-0-1983.

OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,027, FILED 5-13-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,055,094

## United States Patent and Trademark Office

Registered Apr. 22, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## NISSAN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO.2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: PRINTED MATTER, NAMELY, NEWS-LETTERS AND MAGAZINES IN THE FIELD OF MOTOR VEHICLES, WRITING PORTFO-LIOS, BALL-POINT AND FOUNTAIN PENS, BUSINESS FORMS, CALENDARS, DIARIES

AND POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,646, FILED 5-13-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**Reg. No. 2,057,276**

## United States Patent and Trademark Office

Registered Apr. 29, 1997

### TRADEMARK
### PRINCIPAL REGISTER

# NISSAN

NIISAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

    FOR: MOTOR VEHICLES, NAMELY, AUTO-MOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS

THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
    FIRST USE 9–0–1985; IN COMMERCE 9–0–1985.
    OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

    SER. NO. 75–103,151, FILED 5–13–1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cls.: 6 and 12

Prior U.S. Cls.: 2, 12, 13, 14, 19, 21, 23, 25, 31, 35, 44 and 50

Reg. No. 2,063,104

## United States Patent and Trademark Office

Registered May 20, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: METAL KEYS FOR LOCKS AND METAL KEY CHAIN HOLDERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

FOR: LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,429, FILED 5-13-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cls.: **12 and 18**

Prior U.S. Cls.: **1, 2, 3, 19, 21, 22, 23, 31, 35, 41 and 44**

Reg. No. 2,073,651

**United States Patent and Trademark Office**

Registered June 24, 1997

Amended

OG Date Aug. 29, 2006

## TRADEMARK
## PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN
OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

FOR: MOTOR NOSE MASKS FOR AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

FOR: LUGGAGE, TOTE BAGS, SPORTS BAGS, TRAVEL BAGS, BUSINESS CARD CASES UMBRELLAS, AND GOLF UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

SER. NO. 75-103,432, FILED 5-13-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cls.: 16 and 24

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 42 and 50

**Reg. No. 2,083,517**

## United States Patent and Trademark Office

Registered July 29, 1997

### TRADEMARK
#### PRINCIPAL REGISTER

## NISSAN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: PAPER BANNERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

FOR: CLOTH AND PLASTIC BANNERS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.
OWNER OF U.S. REG. NOS. 686,587, 1,934,292 AND OTHERS.

SER. NO. 75-103,642, FILED 5-13-1996.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,128,205

United States Patent and Trademark Office

Registered Jan. 13, 1998

Amended

OG Date Aug. 29, 2006

## TRADEMARK
## PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA-KEN, JA-PAN

OWNER OF U.S. REG. NOS. 1,531,246, 1,805,584 AND OTHERS.

FOR: AUTOMOTIVE EMERGENCY/ SAFETY KITS, NAMELY, CABLE CORDS, JUMPER CABLES, FLAIRS, TOOLS, TIRE INFLATER, FLASHLIGHT, MINI EMERGENCY FIRST AIDE POUCH, AND GAS SIPHON, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

SER. NO. 75-103,438, FILED 5-13-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 6, 12, 16, 21, 25, 37, and 42

Prior U.S. Cls.: 2, 5, 12, 13, 14, 19, 21, 22, 23, 25, 29, 30, 31, 33, 35, 37, 38, 39, 40, 44, 50, 100, 101, 103, and 106

Reg. No. 2,160,715

**United States Patent and Trademark Office**   Registered May 26, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INFINITI

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: KEYS, KEY HOLDERS, AND KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-0-1990; IN COMMERCE 10-0-1990.

FOR: VEHICLE ACCESSORIES, NAMELY, LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-0-1989; IN COMMERCE 12-0-1989.

FOR: BROCHURES, NEWSLETTERS, AND MAGAZINES IN THE FIELD OF AUTOMOBILES, BALL-POINT PENS, WRITING PAPER, ENVELOPES, BUSINESS FORMS, CALENDARS, DIARIES, AND DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1989; IN COMMERCE 10-0-1989.

FOR: MUGS, CUPS, BEVERAGE GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-0-1989; IN COMMERCE 10-0-1989.

FOR: PANTS, SHIRTS, T-SHIRTS, SWEAT-SHIRTS, JACKETS, COATS, SWEATERS, AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1989; IN COMMERCE 10-0-1989.

FOR: AUTOMOBILE MAINTENANCE AND REPAIR SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-0-1989; IN COMMERCE 10-0-1989.

FOR: AUTOMOBILE DEALERSHIP SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-1989; IN COMMERCE 10-0-1989.

OWNER OF U.S. REG. NO. 1,478,618.

SN 74-001,302, FILED 11-17-1989.

RONALD R. SUSSMAN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,162,397

United States Patent and Trademark Office

Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## FRONTIER

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2. TAKARACHO, KANAGWA-KU, YOKO-HAMA-SHI
KANAGAWA-KU, JAPAN ASSIGNEE OF NISSAN MOTOR CORPORATION IN U.S.A. (CALIFORNIA CORPORATION) GARDENA, CA 902484500

FOR: PICK-UP TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

SN 74–736,394, FILED 9–25–1995.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,162,397

Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## FRONTIER

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2. TAKARACHO, KANAGWA-KU, YOKO-HAMA-SHI
KANAGAWA-KU, JAPAN ASSIGNEE OF NISSAN MOTOR CORPORATION IN U.S.A. (CALIFORNIA CORPORATION) GARDENA, CA 902484500

FOR: PICK-UP TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

SN 74-736,394, FILED 9-25-1995.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,203,744

Registered Nov. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LIFT TRUCKS AND STRUCTUR-AL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

OWNER OF U.S. REG. NOS. 686,587, 2,057,276 AND OTHERS.

SER. NO. 75-315,947, FILED 6-27-1997.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,247,920

## United States Patent and Trademark Office

Registered May 25, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## NISSAN FRONTIER

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2, TAKARACHO
KANAGWA-KU, YOKOHAMA-SHI
KANAGWA-KU, JAPAN

FOR: PICK-UP TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 686,587, 2,057,276, AND OTHERS.

SN 75-007,763, FILED 10-17-1995.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,247,920

## United States Patent and Trademark Office

Registered May 25, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## NISSAN FRONTIER

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2, TAKARACHO
KANAGWA-KU, YOKOHAMA-SHI
KANAGWA-KU, JAPAN

FOR: PICK-UP TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 686,587, 2,057,276, AND OTHERS.

SN 75-007,763, FILED 10-17-1995.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 27

Prior U.S. Cls.: 19, 20, 37, 42 and 50

Reg. No. 2,581,529

## United States Patent and Trademark Office

Registered June 18, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## XTERRA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 6-0-1999; IN COMMERCE 6-0-1999.

SER. NO. 76-193,522, FILED 1-13-2001.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 27

Prior U.S. Cls.: 19, 20, 37, 42 and 50

## United States Patent and Trademark Office

Reg. No. 2,581,529
Registered June 18, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## XTERRA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 6-0-1999; IN COMMERCE 6-0-1999.

SER. NO. 76-193,522, FILED 1-13-2001.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cls.: 12 and 37**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, 44, 100, 103 and 106**

**United States Patent and Trademark Office**

**Reg. No. 2,697,209**

**Registered Mar. 18, 2003**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES, WAGONS, TRUCKS, VANS, FORKLIFTS, TOWING TRACTORS, TRACTORS; OTHER UTILITY VEHICLES, NAMELY SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-1965; IN COMMERCE 10-0-1965.

FOR: MAINTENANCE AND REPAIR OF AUTO-MOBILES, WAGONS, TRUCKS, VANS, FORKLIFTS, TOWING TRACTORS, TRACTORS, AND OTHER UTILITY VEHICLES; MAINTENANCE AND RE-PAIR OF STRUCTURAL PARTS FOR AUTOMO-BILES, WAGONS, TRUCKS, VANS, FORKLIFTS, TOWING TRACTORS, AND OTHER UTILITY VE-HICLES; MAINTENANCE AND REPAIR OF MA-CHINES FOR THE ASSEMBLY AND REPAIR OF AUTOMOBILES, WAGONS, TRUCKS, VANS, FORKLIFTS, TOWING TRACTORS, TRACTORS, AND OTHER UTILITY VEHICLES AND BOATS; VEHICLE CLEANING, POLISHING AND LUBRICA-TION, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-0-1981; IN COMMERCE 11-0-1981.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2000-137887, FILED 12-6-2000.

OWNER OF U.S. REG. NOS. 686,587, 2,444,813 AND OTHERS.

SER. NO. 76-267,105, FILED 6-6-2001.

KHANH LE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 2,819,466**

Registered Mar. 2, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## KING CAB

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: PICKUP TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-15-1976; IN COMMERCE 6-15-1976.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAB", APART FROM THE MARK AS SHOWN.

SER. NO. 76-511,429, FILED 4-18-2003.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,845,463

United States Patent and Trademark Office

Registered May 25, 2004

Amended

OG Date Sep. 12, 2006

## TRADEMARK
## PRINCIPAL REGISTER

## MURANO

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD .

NO. 2 TAKARACHO, KANAGAWA-KU YOKOHAMA-SHI, KANAGAWA-KEN, JA-PAN

FOR: MOTOR VEHICLES, NAMELY, [ TRUCKS, VANS SPORT UTILITY VEHI-CLES ] AUTOMOBILES AND STRUC-TURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

SER. NO. 76-278,051, FILED 6-22-2001.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 12, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,887,113

Registered Sep. 21, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## ARMADA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO
KANAGAWA-KU YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

   FOR: MOTOR VEHICLES, NAMELY, AUTOMO-BILES, AND SPORT UTILITY VEHICLES SOLD ONLY THROUGH AUTHORIZED RETAIL AUTO-MOBILE DEALERSHIP, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

   FIRST USE 10-0-2003; IN COMMERCE 10-0-2003.

   SN 76-419,680, FILED 6-12-2002.

RAUL CORDOVA, EXAMINING ATTORNEY

**Int. Cls.: 12 and 25**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 39 and 44**

**United States Patent and Trademark Office**

**Reg. No. 2,918,308**

Registered Jan. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# NISMO

NISSAN MOTORSPORTS INTERNATIONAL CO., LTD. (JAPAN CORPORATION)
2-10-6 MINAMIOHI
SHINAGAWA-KU, TOKYO, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: CLOTHING, NAMELY, WORKING CLOTHING, JACKETS, SUITS, TROUSERS, SKIRTS, OVERCOATS, CARDIGANS, SWEATERS, SUIT SHIRTS, SPORT SHIRTS, UNDERSHIRTS, GLOVES, MITTENS, NECKTIES, HEADGEAR NAMELY CAPS, HATS; WAISTBANDS, BELTS FOR CLOTHING, TRAINING SHOES, SHOES, HALF-BOOTS, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF JAPAN REG. NO. 1931550, DATED 2-25-1987, EXPIRES 2-25-2007.

OWNER OF JAPAN REG. NO. 2016585, DATED 1-26-1988, EXPIRES 1-26-2008.

SER. NO. 76-191,645, FILED 1-8-2001.

EUGENIA MARTIN, EXAMINING ATTORNEY

**Int. Cls.: 12 and 27**

**Prior U.S. Cls.: 19, 20, 21, 23, 31, 35, 37, 42, 44 and 50**

Reg. No. 2,930,254

## United States Patent and Trademark Office

Registered Mar. 8, 2005

### TRADEMARK
#### PRINCIPAL REGISTER

### FRONTIER

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: LICENSE PLATE FRAMES AND SEAT COVERS FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-7-2001; IN COMMERCE 6-7-2001.

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

SER. NO. 76-548,865, FILED 9-12-2003.

YSA DEJESUS, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,938,560

Registered Apr. 5, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## ENDURANCE

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,

NO. 2 TAKARACHO. KANAGAWA-KU

YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: ENGINES SOLD AS A COMPONENT PART OF TRUCKS SOLD THROUGH AUTHORIZED RE-

TAIL AUTOMOTIVE DEALERSHIPS , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-2003; IN COMMERCE 10-0-2003.

SN 76-382,335, FILED 3-13-2002.

JOHN LINCOSKI, EXAMINING ATTORNEY

**Int. Cls.: 12 and 27**

**Prior U.S. Cls.: 19, 20, 21, 23, 31, 35, 37, 42, 44 and 50**

**Reg. No. 2,939,258**

## United States Patent and Trademark Office

Registered Apr. 12, 2005

### TRADEMARK
**PRINCIPAL REGISTER**

### MAXIMA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: LICENSE PLATE FRAMES AND SEAT COVERS FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-4-2001; IN COMMERCE 1-4-2001.

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

OWNER OF U.S. REG. NO. 1,432,854.

SER. NO. 76-548,864, FILED 9-12-2003.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Int. Cls.: 1, 3 and 4

Prior U.S. Cls.: 1, 4, 5, 6, 10, 15, 26, 46, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,964,579

Registered July 5, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# NISSAN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: CHEMICAL PRODUCTS FOR VEHICLES, NAMELY BRAKE FLUID, ANTIFREEZE AND COOLANTS, AND TRANSMISSION FLUIDS; CHEMICAL AND MINERAL ADDITIVE COMPOUNDS FOR FUEL AND MOTOR OIL, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 1-1-1983; IN COMMERCE 7-0-1983.

FOR: CLEANING PREPARATIONS FOR VEHICLES, NAMELY, CARBURETOR CLEANER, RUST REMOVING PREPARATION, BRAKE CLEANER, BUG AND TAR REMOVER, BUMPER BLACK, CAR WASH CLEANING PREPARATION, GLASS CLEANER, VINYL CLEANER, LEATHER CLEANER, FABRIC CLEANER, VINYL PROTECTANT, RUBBER PROTECTANT AND WINDSHIELD WASHER SOLVENT , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-1-1983; IN COMMERCE 7-0-1983.

FOR: OILS, GREASES AND LUBRICANTS FOR VEHICLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-1-1983; IN COMMERCE 7-0-1983.

OWNER OF U.S. REG. NOS. 686,587, 2,061,150 AND OTHERS.

SER. NO. 76-543,698, FILED 8-29-2003.

BRIAN PINO, EXAMINING ATTORNEY

Int. Cls.: **6, 12, 16, 18, 21, 25 and 27**

Prior U.S. Cls.: **1, 2, 3, 5, 12, 13, 14, 19, 20, 21, 22, 23, 25, 29, 30, 31, 33, 35, 37, 38, 39, 40, 41, 42, 44 and 50**

**Reg. No. 2,965,712**

## United States Patent and Trademark Office

Registered July 12, 2005

### TRADEMARK
#### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: METAL KEY CHAIN HOLDERS AND METAL SILL KICK PLATES FOR MOTOR VEHICLES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

FOR: LICENSE PLATE FRAMES AND FITTED CAR COVERS; CUSTOM FITTED STORAGE ORGANIZERS FOR USE INSIDE MOTOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-2002; IN COMMERCE 8-0-2002.

FOR: WRITING INSTRUMENTS, NAMELY PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

FOR: LUGGAGE AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

FOR: BEVERAGEWARE, NAMELY THERMAL INSULATED CONTAINERS FOR BEVERAGES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

FOR: CLOTHING, NAMELY SHIRTS, JACKETS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

FOR: FLOOR MATS FOR VEHICLES , IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 8-0-2002; IN COMMERCE 8-0-2002.

OWNER OF U.S. REG. NO. 1,595,222.

SER. NO. 76-544,121, FILED 8-28-2003.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

Reg. No. 2,988,556

Registered Aug. 30, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# UTILI-TRACK

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: TRACK SYSTEM COMPRISED OF FIVE C-CHANNELS INTEGRATED INTO A PICK-UP BED ALONG WITH 4 HEAVY DUTY MOVEABLE CLEATS TO BE USED FOR SECURING CARGO

FOR TRANSPORTATION, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-2-2003; IN COMMERCE 12-2-2003.

SER. NO. 76-567,562, FILED 12-18-2003.

REGINA DRUMMOND, EXAMINING ATTORNEY

**Int. Cls.: 6 and 12**

**Prior U.S. Cls.: 2, 12, 13, 14, 19, 21, 23, 25, 31, 35, 44, and 50**

**Reg. No. 2,993,066**

## United States Patent and Trademark Office

**Registered Sep. 6, 2005**

### TRADEMARK
### PRINCIPAL REGISTER

## NISMO

NISSAN JIDOSHA KABUSHIKI (JAPAN COR-PORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN
TOKYO, JAPAN

   FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

   FIRST USE 6-30-2003; IN COMMERCE 6-30-2003.

   FOR: LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

   FIRST USE 6-30-2003; IN COMMERCE 6-30-2003.

   OWNER OF U.S. REG. NO. 1,536,313.

   SN 78-196,494, FILED 12-19-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

**Int. Cls.: 7 and 12**

**Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,996,105

Registered Sep. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## NISMO

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN
TOKYO, JAPAN

FOR: HIGH PERFORMANCE MOTOR VEHICLE PARTS, NAMELY, CATBACK EXHAUST SYSTEMS COMPRISED OF MUFFLER ASSEMBLIES, EXHAUST TIPS AND CONNECTING PIPES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003.

FOR: HIGH PERFORMANCE MOTOR VEHICLE PARTS, NAMELY BRAKE PADS FOR LAND VEHICLES, SHIFT KNOBS, WHEELS, SUSPENSION COIL SPRINGS, SHOCK ABSORBERS, SUSPENSION SWAY BARS AND LIMITED SLIP DIFFERENTIALS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003.

OWNER OF U.S. REG. NO. 1,536,313.

SN 78-976,079, FILED 12-19-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

Int. Cls.: **1, 3 and 4**

Prior U.S. Cls.: **1, 4, 5, 6, 10, 15, 26, 46, 50, 51 and 52**

**United States Patent and Trademark Office**

Reg. No. 3,006,936

Registered Oct. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: CHEMICAL PRODUCTS FOR VEHICLES, NAMELY BRAKE FLUID, ANTIFREEZE AND COOLANTS,AND TRANSMISSION FLUIDS; CHEMICAL AND MINERAL ADDITIVE COMPOUNDS FOR FUEL AND MOTOR OILS; VINYL PROTECTANT, RUBBER PROTECTANT, AND AUTOMOBILE SURFACE PROTECTANTS AND SEALERS, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 1-1-1983; IN COMMERCE 7-0-1983.

FOR: CLEANING PREPARATIONS FOR VEHICLES, NAMELY CARBURETOR CLEANER, RUST REMOVING PREPARATION, BRAKE CLEANER, BUG AND TAR REMOVER,CAR WASH CLEANING PREPARATION, GLASS CLEANER, VINYL CLEANER, LEATHER CLEANER, FABRIC CLEANER, AND WINDSHIELD WASHER SOLVENT, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-1-1983; IN COMMERCE 7-0-1983.

FOR: OILS, GREASES AND LUBRICANTS FOR VEHICLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-1-1983; IN COMMERCE 7-0-1983.

OWNER OF U.S. REG. NOS. 686,587, 2,697,209 AND OTHERS.

SER. NO. 76-543,905, FILED 8-29-2003.

ANN LINNEHAN, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,007,624

Registered Oct. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## TITAN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, ON-ROAD PASSENGER TRUCKS AND STRUCTURAL PARTS THEREFOR, EXCLUDING BATTERIES, POWER SUPPLIES, AND RELATED EQUIPMENT AND AC-

CESSORIES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-30-2003; IN COMMERCE 11-30-2003.

SN 76-437,341, FILED 8-5-2002.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,046,496**

Registered Jan. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## NEVADA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

   FOR: STRUCTURAL PARTS FOR AUTOMO-BILES, NAMELY, A TOW PACKAGE COMPRISING A TOW HITCH BALL, HITCH BALL MOUNT, HITCH RECEIVER AND TRAILER WIRING HAR-NESS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

   FIRST USE 12-4-2004; IN COMMERCE 12-4-2004.

   SN 76-077,761, FILED 6-26-2000.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 27**

**Prior U.S. Cls.: 19, 20, 37, 42, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,086,057**

Registered Apr. 25, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## NISMO

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN
TOKYO, JAPAN

 FOR: FLOOR MATS FOR MOTOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003.

OWNER OF U.S. REG. NO. 1,536,313.

SN 78-196,228, FILED 12-19-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 3,308,748

Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# VERSA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

    FOR: MOTOR VEHICLES, NAMELY, COMPACT CARS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-0-2006; IN COMMERCE 6-0-2006.

    THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    SN 78-671,338, FILED 7-15-2005.

JOHN WILKE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 3,318,892

**United States Patent and Trademark Office**       Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## NISSAN GTR

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO.2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMO-BILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR EXCEPT TIRES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-11-2006; IN COMMERCE 5-11-2006.

OWNER OF U.S. REG. NOS. 686,587 AND 2,444,813.

SN 76-381,543, FILED 3-12-2002.

KHANH LE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,366,736

Registered Jan. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# NISSAN VERSA

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, COMPACT CARS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-1-2006; IN COMMERCE 6-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 686,587, 1,448,362, AND OTHERS.

SN 78-671,340, FILED 7-15-2005.

JOHN WILKE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,412,089**

Registered Apr. 15, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# DIVIDE-N-HIDE

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)
333 COMMERCE STREET
NASHVILLE, TN 372011800

FOR: TRUNK STORAGE DIVIDER FOR MOTOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-1-2006; IN COMMERCE 10-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-013,375, FILED 10-4-2006.

THEODORE MCBRIDE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,445,037**

Registered June 10, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# PRO-4X

NISSAN NORTH AMERICA, INC. (TENNESSEE CORPORATION)
333 COMMERCE STREET
NASHVILLE, TN 37201

FOR: MOTOR VEHICLES, NAMELY, TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 4-1-2007; IN COMMERCE 4-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-322,587, FILED 11-6-2007.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,505,975**

Registered Sep. 23, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# NISSAN GT-R

NISSAN JIDOSHA KABUSHIKI KAISHA T/A NISSAN MOTOR CO., LTD. (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR EXCEPT TIRES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-7-2008; IN COMMERCE 7-7-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-149,686, FILED 4-5-2007.

JANICE L. MCMORROW, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 3,522,579
Registered Oct. 21, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ROGUE

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)

NO. 2 TAKARACHO, KANAGAWA-KU

YOKOHAMA-SHI

KANAGAWA-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS FOR AUTOMOBILES EXCLUDING TIRES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-18-2007; IN COMMERCE 9-18-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1,287,975, FILED 1-30-2006.

SN 78-820,802, FILED 2-22-2006.

DEBRA LEE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,543,938

Registered Dec. 9, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# DUAL FLOW PATH

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA-KEN, JAPAN

FOR: SHOCK ABSORBERS FOR LAND VEHI-CLES, SOLD HAVING BEEN INSTALLED IN AUTO-MOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-12-2008; IN COMMERCE 2-12-2008.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 76-624,430, FILED 12-13-2004.

TRACY WHITTAKER-BROWN, EXAMINING AT-TORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,572,621**

Registered Feb. 10, 2009

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA, TA NISSAN MOTOR CO., LTD. (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-6-2004; IN COMMERCE 2-6-2004.

OWNER OF JAPAN REG. NO. 4984178, DATED 9-1-2006, EXPIRES 9-1-2016.

THE MARK CONSISTS OF A GRILLE DESIGN.

SEC. 2(F).

SER. NO. 78-515,989, FILED 11-12-2004.

ZACHARY BELLO, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,591,234**

Registered Mar. 17, 2009

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA, TA NISSAN MOTOR CO., LTD. (JAPAN COR-PORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMO-BILES, SPORT UTILITY VEHICLES, TRUCKS, AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2004-051055, FILED 6-2-2004, REG. NO. 4984177, DATED 9-1-2006, EXPIRES 9-1-2016.

THE MARK CONSISTS OF A GRILLE DESIGN.

SER. NO. 78-515,972, FILED 11-12-2004.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 3,607,523

## United States Patent and Trademark Office

Registered Apr. 14, 2009

### TRADEMARK
#### PRINCIPAL REGISTER

## SKYVIEW

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLE PARTS, NAMELY, FIXED GLASS ROOF PANEL SYSTEMS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-5-2003; IN COMMERCE 3-5-2003.

SN 78-191,298, FILED 12-4-2002.

WILLIAM BRECKENFELD, EXAMINING ATTOR-NEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,612,436**

Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA, TA NISSAN MOTOR CO., LTD. (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2004-051058, FILED 6-2-2004, REG. NO. 4838199, DATED 2-10-2005, EXPIRES 2-10-2015.

THE MARK CONSISTS OF A GRILLE DESIGN.

SER. NO. 78-515,966, FILED 11-12-2004.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cls.: 12, 35 and 37

Prior U.S. Cls.: 19, 21, 23, 31, 35, 44, 100, 101, 102, 103 and 106

**Reg. No. 3,634,033**

## United States Patent and Trademark Office

Registered June 9, 2009

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMO-BILES, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-8-1987; IN COMMERCE 10-8-1987.

FOR: MOTOR VEHICLE DEALERSHIP SERVI-CES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-28-2006; IN COMMERCE 6-13-2006.

FOR: MOTOR VEHICLE MAINTENANCE AND REPAIR, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3-28-2006; IN COMMERCE 6-13-2006.

OWNER OF U.S. REG. NOS. 1,478,618, 1,632,276 AND OTHERS.

THE MARK CONSISTS OF PARTIALLY SHADED SEMI-CIRCLE BROKEN BY AN INVERTED "V" WITH THE WORDS "INFINITI" DIRECTLY BELOW THE DESIGN.

SER. NO. 77-473,221, FILED 5-13-2008.

DAVID TOOLEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# INFINITI

**Reg. No. 3,667,812**

**Registered Aug. 11, 2009**

**Corrected July 12, 2011**

**Int. Cls.: 8, 24 and 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, JAPAN 2208623

FOR: HAND TOOLS, NAMELY, SCREWDRIVERS, WRENCHES, NIPPERS AND PLIERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

FOR: TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

FOR: FLOOR MATS FOR MOTOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 2-28-2007; IN COMMERCE 2-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF JAPAN REG. NO. 5017821, DATED 1-12-2007, EXPIRES 1-12-2017.

OWNER OF JAPAN REG. NO. 4849859, DATED 3-25-2005, EXPIRES 3-25-2015.

OWNER OF JAPAN REG. NO. 2200823, DATED 11-12-2007, EXPIRES 11-12-2017.

OWNER OF U.S. REG. NOS. 1,478,618, 2,894,822 AND OTHERS.

SER. NO. 77-977,417, FILED 3-27-2007.



Director of the United States Patent and Trademark Office

<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black; padding:10px;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cls.: 8, 24, and 27**

**Prior U.S. Cls.: 19, 20, 23, 28, 37, 42, 44, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,667,812

Registered Aug. 11, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# INFINITI

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, JAPAN

FOR: HAND TOOLS, NAMELY, SCREWDRIVERS, WRENCHES, NIPPERS AND PLIERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

FOR: CLOTH COASTERS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

FOR: FLOOR MATS FOR MOTOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 2-28-2007; IN COMMERCE 2-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF JAPAN REG. NO. 5017821, DATED 1-12-2007, EXPIRES 1-12-2017.

OWNER OF JAPAN REG. NO. 4849859, DATED 3-25-2005, EXPIRES 3-25-2015.

OWNER OF JAPAN REG. NO. 2200823, DATED 11-12-2007, EXPIRES 11-12-2017.

OWNER OF U.S. REG. NOS. 1,478,618, 2,894,822, AND OTHERS.

SN 77-977,417, FILED 3-27-2007.

ANDREA K. NADELMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,695,980**
Registered Oct. 13, 2009

**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA, TA NISSAN MOTOR CO., LTD. (JAPAN CORPORATION)
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI
KANAGAWA-KEN, JAPAN

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-1-2003; IN COMMERCE 12-1-2003.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2004-051054, FILED 6-2-2004, REG. NO. 4984176, DATED 9-1-2006, EXPIRES 9-1-2016.

OWNER OF U.S. REG. NO. 3,591,234.

THE MARK CONSISTS OF A CONFIGURATION OF A MOTOR VEHICLE GRILLE DESIGN.

SER. NO. 78-515,981, FILED 11-12-2004.

LAURA KOVALSKY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,715,755**
Registered Nov. 24, 2009

**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,

1-1 TAKASHIMA 1-CHOME, NISHI-KU

YOKOHAMA-SHI, KANAGAWA, JAPAN 2208686

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-31-1973; IN COMMERCE 7-7-2008.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GT", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE LETTERS "G", "T" AND "R".

SN 77-190,857, FILED 5-25-2007.

HANNO RITTNER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ROGUE

**Reg. No. 3,728,806**
Registered Dec. 22, 2009

**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR
CO., LTD.,
1-1 TAKASHIMA 1-CHOME, NISHI-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208686

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND SPORT UTILITY VEHICLES
AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND
44).

FIRST USE 9-18-2007; IN COMMERCE 9-18-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-055158,
FILED 6-14-2006, REG. NO. 5045367, DATED 5-11-2007, EXPIRES 5-11-2017.

SN 77-064,808, FILED 12-14-2006.

PAUL F. GAST, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# NISMO

**Reg. No. 3,811,462**

**Registered June 29, 2010**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR CO., LTD.,
1-1 TAKASHIMA 1-CHOME, NISHI-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208686

FOR: ENGINE OILS, LUBRICATING GREASES AND LUBRICANTS FOR VEHICLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-12-2009; IN COMMERCE 9-12-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,996,105, 3,013,090, AND OTHERS.

SN 77-510,888, FILED 6-30-2008.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



# NISSAN

**Reg. No. 3,882,158**

**Registered Nov. 30, 2010**

**Int. Cls.: 12 and 39**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR CO., LTD.

NO. 2, TAKARACHO, KANAGAWA-KU

YOKOHAMA-SHI, KANAGAWA, JAPAN

FOR: SHIPS, BOATS AND STRUCTURAL PARTS THEREFOR; MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, TRACTORS, TRACTION ENGINES IN THE NATURE OF STEAM ENGINES FOR LAND VEHICLES, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: BOAT TRANSPORT, BOAT RENTAL, BOAT STORAGE, FREIGHT BROKERAGE, TRANSPORT BROKERAGE, FREIGHT SERVICES, NAMELY, SHIPPING OF GOODS, REFLOATING OF SHIPS, SHIP BROKERAGE, AND RELEVANT SERVICES THEREFOR NAMELY, CARGO UNLOADING, VEHICLE AND BOAT MOVING SERVICES, WAREHOUSING SERVICES, TEMPORARY STORAGE OF DELIVERIES, GAS SUPPLYING, ELECTRICITY DISTRIBUTION, WATER SUPPLYING, HEAT SUPPLYING, RENTAL OF WAREHOUSE SPACE, PROVIDING VESSEL MOORING FACILITIES, IN CLASS 39 (U.S. CLS. 100 AND 105).

OWNER OF JAPAN REG. NO. 4894452, DATED 9-16-2005, EXPIRES 9-16-2015.

OWNER OF U.S. REG. NOS. 686,587, 1,448,362 AND OTHERS.

SER. NO. 77-765,737, FILED 6-23-2009.

KATHERINE CHANG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# JUKE

**Reg. No. 3,901,269**

**Registered Jan. 4, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR
  CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS
THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-5-2010; IN COMMERCE 10-5-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-703,921, FILED 4-1-2009.

JOHN KELLY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## NISSAN

**Reg. No. 3,991,033**

**Registered July 5, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR
   CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: CHARGERS FOR ELECTRIC BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 8-31-2010; IN COMMERCE 8-31-2010.

OWNER OF U.S. REG. NOS. 1,448,362, 3,727,230, AND OTHERS.

THE MARK CONSISTS OF THE WORD "NISSAN" IN STYLIZED FORM.

SN 85-025,981, FILED 4-29-2010.

HEATHER THOMPSON, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# NV1500

**Reg. No. 4,012,778**

**Registered Aug. 16, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR CO., LTD.,

NO. 2 TAKARACHO, KANAGAWA-KU

YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: MOTOR VEHICLES, NAMELY, VANS, TRUCKS, PICK-UP TRUCKS AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-14-2011; IN COMMERCE 2-14-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-380,295, FILED 1-25-2008.

ALYSSA STEEL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# VALUE ADVANTAGE

**Reg. No. 4,035,765**
**Registered Oct. 4, 2011**

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)
ONE NISSAN WAY
FRANKLIN, TN 37067

**Int. Cl.: 12**

FOR: AUTOMOTIVE PARTS, NAMELY, BRAKE PADS, BRAKE ROTORS, BRAKE CALIPERS, SHOCK ABSORBERS, SUSPENSION STRUTS, CLUTCH KITS COMPRISING PRESSURE PLATES, FRICTION DISCS AND THROW-OUT BEARINGS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 5-27-2011; IN COMMERCE 5-27-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-982,373, FILED 5-6-2009.

HEATHER BIDDULPH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,077,529**

**Registered Dec. 27, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR
   CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: AUTOMOBILES AND STRUCTURAL PARTS AND FITTINGS THEREFOR, IN CLASS
12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-5-2011; IN COMMERCE 8-5-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DRIVE", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "PURE DRIVE" IN STYLIZED FORM WITHIN A
PARALLELOGRAM.

SN 77-896,401, FILED 12-18-2009.

KYLE PEETE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:*** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# LEAF

**Reg. No. 4,119,976**

**Registered Apr. 3, 2012**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), DBA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR; ELECTRIC AUTOMOBILES AND STRUCTURAL PARTS THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2009-041096, FILED 6-3-2009, REG. NO. 5291843, DATED 1-8-2010, EXPIRES 1-8-2020.

SER. NO. 77-834,748, FILED 9-25-2009.

ANDREW LEASER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

>  *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>  *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
>  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# NISSAN

**Reg. No. 4,283,161**

**Registered Jan. 29, 2013**

**Int. Cls.: 7, 11 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR
CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: FAN BELTS FOR MOTORS AND ENGINES; TIMING BELTS FOR ENGINES FOR
LAND VEHICLES; OIL FILTERS; FUEL INJECTORS; AIR FILTERS FOR MOTORS AND
ENGINES; FUEL PUMPS FOR LAND VEHICLES; MUFFLERS FOR MOTORS AND ENGINES;
CATALYTIC CONVERTERS; RADIATORS FOR VEHICLES; SPARK PLUGS, IN CLASS 7
(U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-5-1984; IN COMMERCE 4-5-1984.

FOR: HEAD LAMPS FOR VEHICLES; TAIL LAMPS FOR VEHICLES, IN CLASS 11 (U.S.
CLS. 13, 21, 23, 31 AND 34).

FIRST USE 12-3-2002; IN COMMERCE 12-3-2002.

FOR: WINDSHIELD WIPER BLADES; BRAKE ROTORS FOR LAND VEHICLES; VEHICLE
PARTS, NAMELY, SUSPENSION STRUTS; SHOCK ABSORBERS FOR LAND VEHICLES;
BRAKE CALIPERS FOR LAND VEHICLES; BRAKE PADS FOR VEHICLES; AIR BAGS;
FRONT AND REAR BUMPER FASCIA FOR VEHICLES; FENDERS FOR VEHICLES; VEHICLE
HOODS; WINDSHIELDS FOR LAND VEHICLES; DOOR ASSEMBLIES FOR LAND VEHICLES
CONSISTING OF FRONT AND REAR DOOR PANELS, DOORS AND FRONT AND REAR
DOOR SKINS; DECK LIDS FOR LAND VEHICLES; VEHICLE PARTS, NAMELY, GRILLES
FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-11-2006; IN COMMERCE 1-11-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 686,587, 1,347,230 AND OTHERS.

SER. NO. 85-709,595, FILED 8-22-2012.

EMILY CARLSEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,297,134**

**Registered Mar. 5, 2013**

**Int. Cls.: 1, 2, 3, 4 and 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

*Acting Director of the United States Patent and Trademark Office*

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR
CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: CHEMICALS USED IN THE AUTOMOTIVE INDUSTRY; ADHESIVES FOR INDUSTRI-
AL PURPOSES USED FOR AUTOMOBILES; GLASS-COATING AGENTS FOR AUTOMO-
BILES; CHEMICAL COMPOSITIONS FOR SOLIDIFICATION OF FLUIDS FOR REPAIRING
WINDSHIELD GLASS; CHEMICAL REMOVING PREPARATIONS, NAMELY, CHEMICAL
PREPARATIONS FOR REMOVING GASKETS, NAMELY FOR SEPARATING AND UNGLU-
ING GASKETS, DEGUMMING, GREASE-REMOVING PREPARATIONS FOR AUTOMOTIVE
USE; CHEMICALS USED IN INDUSTRY, NAMELY, CHEMICAL SEALANTS FOR USE IN
THE MANUFACTURE OF AUTOMOTIVE SURFACES; CHEMICAL BASED WATER REPEL-
LENT PREPARATIONS TO BE APPLIED TO AUTOMOBILE WINDOWS AND WINDSHIELDS;
ACIDULATED WATER FOR RECHARGING BATTERIES; CHEMICAL ADDITIVES FOR
ENHANCING THE PERFORMANCE OF LUBRICATING OILS, GREASES AND INTERNAL
COMBUSTION ENGINE FUELS; CHEMICAL ENGINE TREATMENTS AND ADDITIVES
FOR ENGINE OILS, GASOLINE AND DIESEL FUELS, TRANSMISSION FLUIDS AND
COOLING SYSTEMS; BRAKE FLUID FOR AUTOMOBILES; COOLANTS FOR VEHICLE
ENGINES; POWER STEERING FLUID FOR AUTOMOBILES; BONDING AND FILING EPOXY
GLUE FOR USE IN REPAIR OF VEHICLES; CHEMICAL PREPARATIONS FOR AUTOMOT-
IVE REPAIR AND MAINTENANCE; FUEL INJECTION CLEANER CHEMICAL ADDITIVE;
FLUIDS FOR AUTOMOBILE TRANSMISSIONS; RADIATOR ADDITIVES TO PREVENT
RUST; ANTISTATIC PREPARATIONS FOR AUTOMOTIVE PURPOSES NAMELY, ANTI-
STATIC SPRAY TO PROTECT PASSENGERS FROM STATIC ELECTRICITY; CHEMICAL
PREPARATIONS TO BE APPLIED TO AUTOMOBILE EXTERIOR SURFACES FOR SHINING
AND PROTECTING AUTOMOBILE EXTERIOR SURFACES, IN CLASS 1 (U.S. CLS. 1, 5, 6,
10, 26 AND 46).

FOR: PAINTS FOR AUTOMOBILE BODY SURFACES; CLEAR COATING PROTECTANT
AND RUST INHIBITING PREPARATIONS IN THE NATURE OF A COATING FOR
BRIGHTENING AND PROTECTING THE BODY SURFACE OF VEHICLE PARTS; WATER-
REPELLANT SURFACE GLASS COATING; UNDER-COATINGS FOR VEHICLE CHASSIS;
ANTI-RUST GREASES FOR VEHICLES; CHEMICAL ADDITIVES, NAMELY, RUST PRE-
SERVATIVES IN THE NATURE OF A COATING THAT PREVENTS RUST AND CORROSION;
PRIMERS FOR AUTOMOBILES; SEALER COATINGS FOR AUTOMOBILES; UNDER-
COATINGS FOR AUTOMOBILE BODIES, CHASSIS AND PARTS; ANTI-RUST PREPARA-

**Reg. No. 4,297,134**     TIONS, NAMELY, ANTI-RUST OILS AND GREASES; CHEMICAL BASED WATER REPEL-
LENT COATING PREPARATIONS TO BE APPLIED TO AUTOMOBILE WINDOWS AND
WINDSHIELDS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: WINDSHIELD CLEANING FLUIDS; CLEANING LIQUIDS FOR VEHICLE PARTS,
NAMELY, PREPARATIONS FOR CLEANING VEHICLE PARTS; POLISHING WAX; ANTI-
STATIC PREPARATIONS FOR AUTOMOTIVE PURPOSES; PERFUMES; EAU DE COLOGNE;
AUTOMOTIVE CLEANING PREPARATIONS; CHEMICAL PREPARATIONS FOR SHINING
AND PROTECTING AUTOMOBILE EXTERIOR SURFACES; RUST REMOVING PREPARA-
TIONS; STRIPPING PREPARATIONS FOR AUTOMOTIVE DECALS AND PAINT; AUTO-
MOTIVE CLEANING PREPARATIONS FOR USE DURING GASKET REMOVAL, IN CLASS
3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: LUBRICATING OILS, LUBRICATING GREASES AND AUTOMOTIVE LUBRICANTS
FOR VEHICLES; MOTOR OIL; LUBRICATING BRAKE OIL FOR AUTOMOBILES; LUBRIC-
ATING POWER STEERING OIL FOR AUTOMOBILES; AUTOMOTIVE LUBRICANTS FOR
AUTOMOBILE TRANSMISSIONS; LUBRICATING GREASE; CASTOR OIL FOR AUTOMOT-
IVE PURPOSES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: CAR DEODORANTS; FIRST-AID KITS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND
52).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-062127,
FILED 8-30-2011.

OWNER OF JAPAN REG. NO. 5495768, DATED 5-25-2012, EXPIRES 5-25-2022.

OWNER OF U.S. REG. NOS. 1,546,304, 3,637,307 AND OTHERS.

THE MARK CONSISTS OF PARTIALLY SHADED SEMI-CIRCLE BROKEN BY AN INVER-
TED "V".

SER. NO. 85-456,396, FILED 10-26-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,363,072**

**Registered July 9, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: BOTTLE CAPS OF PRECIOUS METALS; BOTTLE STOPPERS MADE OF PRECIOUS METAL; BROACHES; CLOCKS; COLLECTIBLE COINS OF PRECIOUS METAL; CUFFLINKS; KEY RINGS OF PRECIOUS METALS; LAPEL PINS; TIE TACKS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-055230, FILED 8-3-2011, REG. NO. 5476603, DATED 3-9-2012, EXPIRES 3-9-2022.

OWNER OF U.S. REG. NOS. 1,546,304, 1,692,165 AND OTHERS.

THE MARK CONSISTS OF PARTIALLY SHADED SEMI-CIRCLE BROKEN BY AN INVERTED "V".

SER. NO. 85-435,024, FILED 9-29-2011.

MICHELLE DUBOIS, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RESERVE

**Reg. No. 4,373,049**

**Registered July 23, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)
ONE NISSAN WAY
FRANKLIN, TN 37067

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-7-2013; IN COMMERCE 2-7-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-399,077, FILED 8-16-2011.

BERYL GARDNER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# VALUE ADVANTAGE

**Reg. No. 4,425,795**

**Registered Oct. 29, 2013**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)
ONE NISSAN WAY
FRANKLIN, TN 37067

FOR: AUTOMOTIVE PARTS, NAMELY, AIR FILTERS, FUEL FILTERS, FAN BELTS FOR MOTORS AND ENGINES, TIMING BELTS FOR ENGINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 7-0-2011; IN COMMERCE 7-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-730,533, FILED 5-6-2009.

HEATHER BIDDULPH, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# I N F I N I T I

**Reg. No. 4,445,871**

**Registered Dec. 10, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR
CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: CARPETED TRUNK MATS AND CARPETED FLOOR MATS FOR VEHICLES; FLOOR
MATS FOR VEHICLES , IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-055225,
FILED 8-3-2011, REG. NO. 5505276, DATED 7-6-2012, EXPIRES 7-6-2022.

OWNER OF U.S. REG. NOS. 1,478,618, 3,637,310 AND OTHERS.

THE MARK CONSISTS OF STYLIZED WORD "INFINITI".

SER. NO. 85-431,596, FILED 9-26-2011.

MICHELLE DUBOIS, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,450,298**

**Registered Dec. 17, 2013**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR
   CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: FAN BELTS FOR MOTORS AND ENGINES; TIMING BELTS FOR ENGINES FOR
LAND VEHICLES; OIL FILTERS; FUEL INJECTORS; AIR FILTERS FOR MOTORS AND
ENGINES; FUEL PUMPS FOR VEHICLES; MUFFLERS FOR MOTORS AND ENGINES;
CATALYTIC CONVERTERS; RADIATORS FOR VEHICLES; SPARK PLUGS, IN CLASS 7
(U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 12-31-2000, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT
FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS
04/05/1984; IN COMMERCE 12-31-2000, THE MARK WAS FIRST USED IN COMMERCE IN
A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS
EARLY AS 04/05/1984.

OWNER OF U.S. REG. NOS. 1,914,770, 2,697,209 AND OTHERS.

THE MARK CONSISTS OF A HORIZONTAL BAR WITH THE STYLIZED WORD "NISSAN"
AND A CIRCLE.

SER. NO. 85-842,014, FILED 2-6-2013.

JAY FLOWERS, EXAMINING ATTORNEY

*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,450,299**

**Registered Dec. 17, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, ELECTRIC LAND VEHICLES, COMMERCIAL LAND VEHICLES AND STRUCTURAL PARTS THEREFOR; WINDSHIELD WIPER BLADES; BRAKE ROTORS FOR LAND VEHICLES; VEHICLE PARTS, NAMELY, SUSPENSION STRUTS; SHOCK AB-SORBERS FOR LAND VEHICLES; BRAKE CALIPERS FOR LAND VEHICLES; BRAKE PADS FOR VEHICLES; AIR BAGS; FRONT AND REAR BUMPER FASCIA FOR VEHICLES; FENDERS FOR VEHICLES; VEHICLE HOODS; WINDSHIELDS FOR LAND VEHICLES; DOOR ASSEMBLIES FOR LAND VEHICLES CONSISTING OF FRONT AND REAR DOOR PANELS, DOORS AND FRONT AND REAR DOOR SKINS; DECK LIDS FOR LAND VEHICLES; VEHICLE PARTS, NAMELY, GRILLES FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-2000, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 10/31/1965; IN COMMERCE 12-31-2000, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 10/31/1965.

OWNER OF U.S. REG. NOS. 1,914,770, 2,697,209 AND OTHERS.

THE MARK CONSISTS OF A HORIZONTAL BAR WITH THE STYLIZED WORD "NISSAN" AND A CIRCLE.

SER. NO. 85-842,022, FILED 2-6-2013.

JAY FLOWERS, EXAMINING ATTORNEY



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# NISSAN

**Reg. No. 4,498,134**

**Registered Mar. 18, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: VEHICLE NAVIGATION SYSTEMS EQUIPPED WITH TELEMATICS FUNCTION, COMPRISED OF CAR NAVIGATION COMPUTERS PREPACKAGED WITH GLOBAL POS-ITIONING SOFTWARE AND APPLICATION SOFTWARE THAT ALLOWS USERS TO AC-CESS AND USE THE TECHNOLOGY REMOTELY FROM THEIR PERSONAL WIRELESS COMMUNICATION DEVICES; BATTERIES, ELECTRONIC CELLS AND SECONDARY CELLS IN THE NATURE OF RECHARGEABLE BATTERIES; VEHICULAR TELEMATICS SYSTEM, COMPRISED OF TELEMATICS APPARATUS IN THE NATURE OF WIRELESS INTERNET DEVICES AND COMPUTER PROGRAMS WHICH PROVIDE TELEMATIC SERVICES AND HAVE A CELLULAR PHONE FUNCTION AND NON-INTERNET BASED WIRELESS COMMUNICATION DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-10-2000; IN COMMERCE 3-10-2000.

OWNER OF U.S. REG. NOS. 3,610,278, 4,322,491 AND OTHERS.

THE MARK CONSISTS OF THE WORD "NISSAN".

SER. NO. 86-051,341, FILED 8-29-2013.

MARC LEIPZIG, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,508,218**

**Registered Apr. 1, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, CROSSOVER UTILITY VEHICLES, SPORTS CARS AND STRUCTURAL PARTS THEREFOR; VEHICLE SEATS; LUGGAGE CARRIERS FOR VEHICLES; VEHICLE COVERS; LICENSE PLATE FRAMES; WINDSHIELD WIPERS FOR VEHICLES; STEERING WHEELS FOR LAND VEHICLES; VEHICLE WHEELS; ENGINES FOR LAND VEHICLES; AIR BAGS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

OWNER OF U.S. REG. NOS. 1,546,304, 1,692,165, AND OTHERS.

THE MARK CONSISTS OF A SINGLE LINE OVAL WITH AN INVERTED LETTER "V" AT ITS BOTTOM, AND A RANGE OF SHADING TO CREATE A RAISED EFFECT.

SN 85-981,111, FILED 3-28-2013.

JUDITH HELFMAN, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# Q50

**Reg. No. 4,660,078**  
**Registered Dec. 23, 2014**

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)  
P.O. BOX 685001  
FRANKLIN, TN 370685001

**Int. Cl.: 12**

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS THEREFOR; LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 8-5-2013; IN COMMERCE 8-5-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-737,566, FILED 9-25-2012.

JASON BLAIR, EXAMINING ATTORNEY



**Deputy Director of the United States**  
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# QX50

**Reg. No. 4,660,079**

**Registered Dec. 23, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)
P.O. BOX 685001
FRANKLIN, TN 370685001

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, CROSSOVER UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR; LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-23-2013; IN COMMERCE 7-23-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-737,886, FILED 9-25-2012.

JASON BLAIR, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# INFINITI

**Reg. No. 4,673,647**

**Registered Jan. 20, 2015**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 2208623

FOR: COLLECTIBLE COINS; KEY RINGS OF PRECIOUS METALS; JEWELRY DISHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-055225, FILED 8-3-2011, REG. NO. 5505276, DATED 7-6-2012, EXPIRES 7-6-2022.

OWNER OF JAPAN REG. NO. 5524289, DATED 9-28-2012, EXPIRES 9-28-2022.

THE MARK CONSISTS OF STYLIZED WORD "INFINITI".

THE WORDING "INFINITI" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 85-425,661, FILED 9-19-2011.

BILL DAWE, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# Q50S

**Reg. No. 4,700,278**
**Registered Mar. 10, 2015**
**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS THEREFOR; LICENSE PLATE FRAMES , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-19-2013; IN COMMERCE 8-19-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-804,145, FILED 12-17-2012.

HEATHER THOMPSON, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# QX80

**Reg. No. 4,815,531**

**Registered Sep. 22, 2015**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: AUTOMOBILES; (BASED ON 44(E)) ELECTRIC VEHICLES, NAMELY, ELECTRIC AUTOMOBILES(BASED ON USE IN COMMERCE) SPORT UTILITY VEHICLES; (BASED ON 44(E)) SPORTS CARS; RACING CARS; (BASED ON USE IN COMMERCE)PASSENGER CARS; (BASED ON 44(E)) AIR BAGS AS AUTOMOBILE SAFETY DEVICES; WINDSHIELD WIPERS; HOODS FOR AUTOMOBILE ENGINES; HORNS FOR AUTOMOBILES; AIR PUMPS AS AUTOMOBILE ACCESSORIES; LUGGAGE RACKS FOR AUTOMOBILES; ANTI-THEFT DEVICES FOR AUTOMOBILES; DOORS FOR AUTOMOBILES; DIRECTION SIGNALS FOR AUTOMOBILES; REARVIEW MIRRORS FOR AUTOMOBILES; BUMPERS FOR AUTOMOBILES; AUTOMOBILE BODIES; AUTOMOBILE CHASSIS; SKI CARRIERS FOR AUTOMOBILES; AUTOMOBILE WINDOWS; SAFETY SEATS FOR CHILDREN FOR AUTOMOBILES; STEERING WHEELS FOR AUTOMOBILES; AUTOMOBILE SEATS; AUTOMOBILE WHEELS; WINDSHIELDS; AUTOMOBILE HOODS; REVERSING ALARMS FOR AUTOMOBILES; HEAD-RESTS FOR AUTOMOBILE SEATS; SAFETY BELTS FOR AUTOMOBILE SEATS; BALANCE WEIGHTS FOR AUTOMOBILE WHEELS; RIMS FOR AUTOMOBILE WHEELS; AUTOMOBILE WHEEL SPOKES; SPOKE CLIPS FOR WHEELS; BANDS FOR WHEEL HUBS; TIRES FOR VEHICLE WHEELS; TUBES FOR VEHICLE WHEELS; SEAT COVERS FOR AUTOMOBILES; CLUTCHES FOR LAND VEHICLES; ANTI-GLARE REARVIEW AND SIDE VIEW MIRRORS FOR AUTOMOBILES; TAILGATES FOR AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-19-2013; IN COMMERCE 7-19-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 011429461, DATED 6-6-2013, EXPIRES 6-6-2023.

OWNER OF U.S. REG. NOS. 1,669,347, 2,896,158, AND 4,108,921.

SER. NO. 85-804,077, FILED 12-17-2012.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,815,531** SHARON MEIER, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# VALUE ADVANTAGE

**Reg. No. 4,881,968**
**Registered Jan. 5, 2016**

**Int. Cls.: 7 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN NORTH AMERICA, INC. (CALIFORNIA CORPORATION)
P.O. BOX 685001
FRANKLIN, TN 370685001

FOR: SPARK PLUGS; STARTERS FOR MOTORS AND ENGINES; ALTERNATORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 34 AND 35).

FIRST USE 3-1-2013; IN COMMERCE 3-1-2013.

FOR: WINDSHIELD WIPER BLADES; ENGINES FOR LAND VEHICLES; TRANSMISSIONS FOR LAND VEHICLES; CHASSIS COMPONENTS FOR MOTOR VEHICLES, NAMELY, REAR AXLES AND UNIVERSAL JOINTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-1-2013; IN COMMERCE 3-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,035,765.

SN 85-983,956, FILED 4-8-2013.

NICHOLAS COLEMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# TITAN XD

**Reg. No. 4,905,500**

**Registered Feb. 23, 2016**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.,
NO. 2 TAKARACHO, KANAGAWA-KU
YOKOHAMA-SHI, KANAGAWA, JAPAN 220-8623

FOR: PASSENGER TRUCKS, EXCLUDING: BATTERIES, POWER SUPPLIES, AND RELATED EQUIPMENT AND ACCESSORIES, WHEELS, WHEEL PARTS AND ACCESSORIES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-23-2015; IN COMMERCE 12-23-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,938,786 AND 3,007,624.

SN 85-943,518, FILED 5-28-2013.

RUSS HERMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,948,860**

**Registered May 3, 2016**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA NISSAN MOTOR CO., LTD.

NO. 2 TAKARACHO, KANAGAWA-KU

YOKOHAMA-SHI, KANAGAWA, REPUBLIC OF KOREA 220-8623

FOR: (BASED ON 44(E)) JET ENGINES OTHER THAN FOR LAND VEHICLES; ELECTRIC MOTORS OTHER THAN FOR LAND VEHICLES; ENGINES, OTHER THAN FOR LAND VEHICLES; MUFFLERS FOR MOTORS AND ENGINES; MACHINE PARTS, NAMELY, GREASE RINGS; BELTS FOR MACHINES; BELTS FOR MOTORS AND ENGINES; CYLINDERS FOR MOTORS AND ENGINES; CYLINDERS FOR MACHINES; AUTOMOBILE OIL PANS; AUTOMOBILE ENGINE FLYWHEELS; AUTOMOBILE ENGINE FLYWHEEL HOUSINGS; CYLINDER HEADS FOR ENGINES; CYLINDER HEAD COVERS; PISTONS FOR CYLINDERS; PISTON SEGMENTS FOR CYLINDERS; PISTON RINGS; CRANK SHAFTS FOR MACHINES, MOTORS AND ENGINES; CRANK PULLEYS BEING PARTS OF MACHINES; CRANKCASES FOR MACHINES, MOTORS AND ENGINES; EXHAUST MANIFOLD FOR ENGINES; AUTOMOTIVE INTAKE MANIFOLD; FUEL PUMPS FOR LAND VEHICLES; WATER PUMPS FOR LAND VEHICLES; WATER PUMPS FOR USE IN MOTORS AND ENGINES; ELECTRIC PUMPS FOR FUEL INJECTED MOTORS AND ENGINES FOR LAND VEHICLES; ENGINE PARTS, NAMELY, FUEL INJECTION PUMPS; AIR FILTERS FOR AUTOMOBILE ENGINES; AIR FILTERS FOR VEHICLE MOTORS AND ENGINES; FILTER ELEMENTS FOR FUEL FILTERS; OIL, GAS AND AIR FILTERS FOR MOTORS AND ENGINES; FILTERS FOR CLEANING COOLING AIR, FOR ENGINES; OIL FILTERS; AIR CLEANERS FOR ENGINES; SPEED GOVERNORS FOR MACHINES, ENGINES AND MOTORS; FANS FOR MOTORS AND ENGINES; VEHICLE ENGINE PARTS, NAMELY, OIL COOLERS; AIR INTAKE VALVES BEING PARTS OF MACHINES; AIR EXHAUST VALVES BEING PARTS OF MACHINES; STARTERS FOR MOTORS AND ENGINES; SPARK PLUGS FOR INTERNAL COMBUSTION ENGINES; GASKETS FOR ENGINES; COOLING RADIATORS FOR MOTORS AND ENGINES; CARBURETORS; ELECTRONIC IGNITIONS FOR VEHICLES; IGNITION DEVICES FOR MOTORS OF LAND VEHICLES; IGNITION WIRES; SPARK PLUG IGNITION WIRES; IGNITING MAGNETOS; SUPERCHARGERS FOR INTERNAL COMBUSTION ENGINES; TURBO CHARGES FOR ENGINES; AUTOMOTIVE PARTS, NAMELY, TURBO CHARGER SYSTEMS; GENERATORS OF ELECTRICITY; COMPRESSORS FOR MACHINES; COMPRESSORS AS PARTS OF MACHINES, MOTORS AND ENGINES; COMPRESSORS FOR AIR CONDITIONER; VEHICLE PNEUMATIC AND HYDRAULIC COMPRESSORS; AIR COMPRESSORS FOR VEHICLE; AIR DISTRIBUTION UNITS FOR PNEUMATICALLY DRIVEN PUMPS; LUBRICATING PUMP; HYDRAULIC CONTROLS FOR MACHINES, MOTORS AND ENGINES; COMPRESSED AIR PUMPS; VALVES BEING



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,948,860**  PARTS OF MACHINES; PCV VALVES; EGR VALVES; SERVO-VALVES; ALTERNATORS; AIR CONDENSERS; ELECTRIC PUMPS; HYDRAULIC PUMPS; OIL PUMPS FOR LAND VEHICLES; EVAPORATORS BEING PARTS OF MACHINES; ELECTRICITY HIGH TENSION CORD; EXHAUST TUBES; TURBO CHARGER EXHAUSTS; (BASED ON USE IN COMMERCE) AND (BASED ON 44(E)) AUTOMOBILE ENGINE VALVE COVERS; VEHICLE PARTS, NAMELY, CAM COVERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2014-9993, FILED 2-12-2014, REG. NO. 5695727, DATED 8-22-2014, EXPIRES 8-22-2024.

OWNER OF U.S. REG. NOS. 1,632,276, 4,297,134 AND OTHERS.

THE MARK CONSISTS OF PARTIALLY SHADED SEMI-CIRCLE BROKEN BY AN INVERTED V.

SER. NO. 86-198,889, FILED 2-20-2014.

NATALIE POLZER, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,008,780**

**Registered Jul. 26, 2016**

**Int. Cl.: 12, 25**

**Trademark**

**Principal Register**

Nissan North America, Inc. (CALIFORNIA CORPORATION)
P.O. Box 685001
Franklin, TN 370685001

CLASS 12: Motor vehicles, namely, trucks and structural parts thereof, trim and badges; license plate frames; engines for land vehicles

FIRST USE 12-23-2015; IN COMMERCE 12-23-2015

CLASS 25: Clothing, namely, shirts, t-shirts, hats, caps, jackets, sweatshirts

FIRST USE 12-23-2015; IN COMMERCE 12-23-2015

The mark consists of a stylized "T".

SER. NO. 86-487,552, FILED 12-22-2014

DEIRDRE G ROBERTSON, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*


**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# Q60

**Reg. No. 5,015,377**

**Registered Aug. 09, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 12: Automobiles; electric vehicles, namely, electric automobiles; sport utility vehicles; sports cars; racing cars; passenger cars; air bags as automobile safety devices; windshield wipers; hoods for automobile engines; horns for automobiles; air pumps as automobile accessories; luggage racks for automobiles; anti-theft devices for automobiles; doors for automobiles; direction signals for automobiles; rearview mirrors for automobiles; bumpers for automobiles; automobile bodies; automobile chassis; ski carriers for automobiles; automobile windows; safety seats for children for automobiles; steering wheels for automobiles; automobile seats; automobile wheels; windshields; automobile hoods; reversing alarms for automobiles; head-rests for automobile seats; safety belts for automobile seats; balance weights for automobile wheels; rims for automobile wheels; automobile wheel spokes; spoke clips for wheels; bands for wheel hubs; tires for vehicle wheels; tubes for vehicle wheels; seat covers for automobiles; clutches for land vehicles; anti-glare rearview and side view mirrors for automobiles; tailgates for automobiles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-201259674, FILED 09-20-2012, REG. NO. 40-1008304, DATED 11-20-2013, EXPIRES 11-20-2023

SER. NO. 85-804,019, FILED 12-17-2012

KIM TERESA MONINGHOFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# Q70

**Reg. No. 5,015,378**

**Registered Aug. 09, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 12: Automobiles; electric vehicles, namely, electric automobiles; sport utility vehicles; sports cars; racing cars; passenger cars; air bags as automobile safety devices; windshield wipers; hoods for automobile engines; horns for automobiles; air pumps as automobile accessories; luggage racks for automobiles; anti-theft devices for automobiles; doors for automobiles; direction signals for automobiles; rearview mirrors for automobiles; bumpers for automobiles; automobile bodies; automobile chassis; ski carriers for automobiles; automobile windows; safety seats for children for automobiles; steering wheels for automobiles; automobile seats; automobile wheels; windshields; automobile hoods; reversing alarms for automobiles; head-rests for automobile seats; safety belts for automobile seats; balance weights for automobile wheels; rims for automobile wheels; automobile wheel spokes; spoke clips for wheels; bands for wheel hubs; tires for vehicle wheels; tubes for vehicle wheels; seat covers for automobiles; clutches for land vehicles; anti-glare rearview and side view mirrors for automobiles; tailgates for automobiles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-201259675, FILED 09-20-2012, REG. NO. 40-1008246, DATED 11-20-2013, EXPIRES 11-20-2023

SER. NO. 85-804,026, FILED 12-17-2012

KIM TERESA MONINGHOFF, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# INFINITI

**Reg. No. 5,043,563**

**Registered Sep. 20, 2016**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 11: Air conditioners for vehicles; air filtering installations; anti-dazzle devices for vehicles, namely, headlights for automobiles featuring anti-dazzle feature; defrosters for vehicles; electric lamps; fans for air conditioning apparatus; flashlights; headlights for automobiles; heat exchangers, not parts of machines; heaters for vehicles; heating apparatus for defrosting windows of vehicles; ionization apparatus for the treatment of air or water; lamp casings; lamps for directional signals of automobiles; light diffusers; lighting apparatus and installations; lighting apparatus for vehicles; lights for automobiles; lights for vehicles; radiator caps; heating radiators; lamp reflectors; vehicle reflectors; refrigerating apparatus and machines; thermostatic valves as parts of heating installations; air-conditioning ventilation installations for vehicles

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 013184015, FILED 08-19-2014, REG. NO. 013184015, DATED 12-31-2014, EXPIRES 08-19-2024

The mark consists of the stylized word "INFINITI".

SER. NO. 86-440,752, FILED 10-31-2014
ROBERT C CLARK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,043,564**

**Registered Sep. 20, 2016**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku

Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 11: Air conditioners for vehicles; air filtering installations; anti-dazzle devices for vehicles, namely, headlights and headlamps for automobiles featuring anti-dazzle feature; defrosters for vehicles; electric lamps; fans for air conditioning apparatus; flashlights; headlights for automobiles; heat exchangers, not parts of machines; heaters for vehicles; heating apparatus for defrosting windows of vehicles; ionization apparatus for the treatment of air or water; lamp casings; lamps for directional signals of automobiles; light diffusers; lighting apparatus and installations; lighting apparatus for vehicles; lights for automobiles; lights for vehicles; radiator caps; heating radiators; lamp reflectors; vehicle reflectors; refrigerating apparatus and machines; thermostatic valves as parts of heating installations; air-conditioning ventilation installations for vehicles

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 013185194, FILED 08-19-2014, REG. NO. 013185194, DATED 12-31-2014, EXPIRES 08-19-2024

The mark consists of a partially shaded semi-circle broken by an inverted "V".

SER. NO. 86-440,753, FILED 10-31-2014
ROBERT C CLARK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,047,595**

**Registered Sep. 27, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 12: Motor vehicles, namely, electric land vehicles, racing cars and structural parts therefor; Motors for land vehicles; Bodies for vehicles; Land vehicle chassis; Transmissions for land vehicles; Transmission parts for land vehicles; Transmission shafts for land vehicles; Clutches for land vehicles; Suspension shock absorbers for vehicles; Shock absorbing springs for land vehicles; Brakes for vehicles; Brake pads for vehicles; Windscreens for motor vehicles; Land vehicle bumpers; Horns for vehicles; Direction signals for vehicles; Safety belts for vehicle seats; Head-rests for vehicle seats; Anti-theft devices for vehicles; Rearview mirrors; Spoilers for vehicles; Mud-guards; Seat covers for vehicles; Cigar lighters for automobiles

OWNER OF EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) REG. NO. 011642733, DATED 08-06-2013, RENEWED AS REG. NO. 011642733 , EXPIRES 03-11-2023

The mark consists of a single line oval with an inverted letter "V" at its bottom, and a range of shading to create a raised effect.

OWNER OF U.S. REG. NO. 1692165, 1546304, 1627581

SER. NO. 85-888,725, FILED 03-28-2013
JUDITH MICHEL HELFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# I N F I N I T I

**Reg. No. 5,047,596**

**Registered Sep. 27, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 12: (Based on Use in Commerce) Motor vehicles, namely, automobiles, sport utility vehicles, crossover utility vehicles, sports cars and structural parts therefor; Vehicle seats; Luggage carriers for vehicles; Vehicle covers; License plate frames; Windshield wipers for vehicles; (Based on 44(e)) Motor vehicles, namely, electric land vehicles, racing cars and structural parts therefor; Engines for land vehicles; Motors for land vehicles; Bodies for vehicles; Land vehicle chassis; Transmissions for land vehicles; Transmission parts for land vehicles; Transmission shafts for land vehicles; Clutches for land vehicles; Suspension shock absorbers for vehicles; Shock absorbing springs for land vehicles; Vehicle wheels; Brakes for vehicles; Brake pads for vehicles; Windscreens for motor vehicles; Land vehicle bumpers; Steering wheels for land vehicles; Horns for vehicles; Direction signals for vehicles; Safety belts for vehicle seats; Head-rests for vehicle seats; Anti-theft devices for vehicles; Air bags; Rearview mirrors; Spoilers for vehicles; Mud-guards; Seat covers for vehicles; Cigar lighters for automobiles

FIRST USE 00-00-1989; IN COMMERCE 00-00-1989

OWNER OF EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) REG. NO. 011642931, DATED 08-06-2013, RENEWED AS REG. NO. 011642931 , EXPIRES 03-11-2023

OWNER OF U.S. REG. NO. 2160715, 1478618, 3634033

SER. NO. 85-888,727, FILED 03-28-2013
JUDITH MICHEL HELFMAN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# QX30

**Reg. No. 5,100,548**

**Registered Dec. 13, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (CALIFORNIA CORPORATION)
P.O. Box 685001
Franklin, TN 370685001

CLASS 12: Motor vehicles, namely, automobiles, crossover utility vehicles, and structural parts therefor; License plate frames

FIRST USE 9-1-2016; IN COMMERCE 9-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 85-737,859, FILED 09-25-2012
JASON PAUL BLAIR, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# I N F I N I T I

**Reg. No. 5,230,120**

**Registered Jun. 27, 2017**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd. , No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa JAPAN 220-8623

CLASS 7: Jet engines other than for land vehicles; Electric motors other than for land vehicles; Engines, other than for land vehicles; Mufflers for motors and engines; Machine parts, namely, grease rings; Belts for machines; Belts for motors and engines; Cylinders for motors and engines; Cylinders for machines; Automobile oil pans; Automobile engine flywheels; Automobile engine flywheel housings; Cylinder heads for engines; Cylinder head covers; Automobile engine valve covers; Vehicle parts, namely, cam covers; Pistons for cylinders; Piston segments for cylinders; Piston rings; Crank shafts for machines, motors and engines; Crank pulleys being parts of machines; Crankcases for machines, motors and engines; Exhaust manifold for engines; Automotive intake manifold; Fuel pumps for land vehicles; Water pumps for land vehicles; Water pumps for use in motors and engines; Electric pumps for fuel injected motors and engines for land vehicles; Engine parts, namely, fuel injection pumps; Air filters for automobile engines; Air filters for vehicle motors and engines; Filter elements for fuel filters; Oil, gas and air filters for motors and engines; Filters for cleaning cooling air, for engines; Oil filters; Air cleaners for engines; Speed governors for machines, engines and motors; Fans for motors and engines; Vehicle engine parts, namely, oil coolers; Air intake valves being parts of machines; Air exhaust valves being parts of machines; Starters for motors and engines; Spark plugs for internal combustion engines; Gaskets for engines; Cooling radiators for motors and engines; Carburetors; Electronic ignitions for vehicles; Ignition devices for motors of land vehicles; Ignition wires; Spark plug ignition wires; Igniting magnetos; Superchargers for internal combustion engines; Turbo charges for engines; Automotive parts, namely, turbo charger systems; Generators of electricity; Compressors for machines; Compressors as parts of machines, motors and engines; Compressors for air conditioner; Vehicle pneumatic and hydraulic compressors; Air compressors for vehicle; Air distribution units for pneumatically driven pumps; Lubricating pump; Hydraulic controls for machines, motors and engines; Compressed air pumps; Valves being parts of machines; PCV valves; EGR valves; Servo-valves; Alternators; Air condensers; Electric pumps; Hydraulic pumps; Oil pumps for land vehicles; Evaporators being parts of machines; Electricity high tension cord; Exhaust tubes; Turbo charger exhausts

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2014-009991, FILED 02-12-2014, REG. NO. 5695726, DATED 08-22-2014, EXPIRES 08-22-2024

The mark consists of the stylized word "INFINITI".

OWNER OF U.S. REG. NO. 2160715, 1478618, 1632276

SER. NO. 86-198,898, FILED 02-20-2014
NATALIE M POLZER, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# VALUE ADVANTAGE

**Reg. No. 5,271,416**

**Registered Aug. 22, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (CALIFORNIA CORPORATION)
P.O. Box 685001
Franklin, TN 370685001

CLASS 12: Drive shafts for land vehicles; Power steering pumps; Steering racks for land vehicles

FIRST USE 5-00-2015; IN COMMERCE 5-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4035765

SER. NO. 85-898,140, FILED 04-08-2013
NICHOLAS A COLEMAN, EXAMINING ATTORNEY

*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# QX60

**Reg. No. 5,311,506**

**Registered Oct. 17, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Electric vehicles, namely, electric automobiles; Sports cars; Racing cars; Air bags as automobile safety devices; Windshield wipers; Hoods for automobile engines; Horns for automobiles; Air pumps as automobile accessories; Luggage racks for automobiles; Anti-theft devices for automobiles; Doors for automobiles; Direction signals for automobiles; Rearview mirrors for automobiles; Bumpers for automobiles; Automobile bodies; Automobile chassis; Ski carriers for automobiles; Automobile windows; Safety seats for children for automobiles; Steering wheels for automobiles; Automobile seats; Automobile wheels; Windshields; Automobile hoods; Reversing alarms for automobiles; Head-rests for automobile seats; Safety belts for automobile seats; Balance weights for automobile wheels; Rims for automobile wheels; Automobile wheel spokes; Spoke clips for wheels; Bands for wheel hubs; Tires for vehicle wheels; Tubes for vehicle wheels; Seat covers for automobiles; Clutches for land vehicles; Anti-glare rearview and side view mirrors for automobiles; Tailgates for automobiles; Automobiles; Sport Utility Vehicles; Passenger cars

FIRST USE 6-27-2013; IN COMMERCE 6-27-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2012-0059, FILED 09-20-2012, REG. NO. 011429396, DATED 08-06-2016, EXPIRES 12-17-2022

OWNER OF U.S. REG. NO. 4108921, 2896158, 1669347

SER. NO. 85-804,070, FILED 12-17-2012



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MIDNIGHT EDITION

**Reg. No. 5,348,997**

**Registered Dec. 05, 2017**

**Corrected Mar. 06, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (CALIFORNIA CORPORATION)
P.o. Box 685001
Franklin, TENNESSEE 370685001

CLASS 12: Motor vehicles, namely, automobiles, crossover utility vehicles, sports utility vehicles, and their structural parts and fittings

FIRST USE 9-6-2012; IN COMMERCE 9-6-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "EDITION"

SER. NO. 87-277,042, FILED 12-21-2016

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MIDNIGHT EDITION

**Reg. No. 5,348,997**

**Registered Dec. 05, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (TENNESSEE CORPORATION)
P.o. Box 685001
Franklin, TENNESSEE 370685001

CLASS 12: Motor vehicles, namely, automobiles, crossover utility vehicles, sports utility vehicles, and their structural parts and fittings

FIRST USE 9-6-2012; IN COMMERCE 9-6-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "EDITION"

SER. NO. 87-277,042, FILED 12-21-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# INFINITI RADIANT

**Reg. No. 5,448,902**

**Registered Apr. 17, 2018**

**Int. Cl.: 11, 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 11: Lights for vehicles, namely, interior accent lighting and exterior ground lighting offered exclusively through authorized vehicle dealerships

FIRST USE 8-12-2016; IN COMMERCE 8-12-2016

CLASS 12: Automobile accessories, namely, illuminated car badges and illuminated kick plates, offered exclusively through authorized vehicle dealerships

FIRST USE 8-12-2016; IN COMMERCE 8-12-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-774,711, FILED 10-01-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,489,179**

**Registered Jun. 12, 2018**

**Int. Cl.: 7, 11, 12, 21, 25**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 7: Pistons for cylinders; Fan belts for motors and engines; Cylinder heads for engines; Crank shafts for engines; Exhaust manifold for engines; Filters for motors and engines; Filters for cleaning cooling air, for engines; Vehicle engine parts, namely, air cleaners; Oil coolers for engines; Sparking plugs for internal combustion engines; Gaskets for engines; Radiators for cooling motors and engines; Igniting devices for internal combustion engines; Turbocompressor; Pumps as parts of machines, engines or motors; Valves being parts of machines; Automotive Intake manifolds; Mufflers for motors and engines; Cylinder head covers for engines; Superchargers for internal combustion engines; Covers for motor vehicle engines

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003

CLASS 11: Air conditioners for vehicles; Radiator caps; Heating radiators; Anti-dazzle devices for vehicles, namely, headlights for automobiles featuring anti-dazzle feature; Electric lamps and their lamp fittings; Lamps for directional signals of land vehicles; Lighting apparatus, namely, lighting installations; Lamp casings

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003

CLASS 12: Land motor vehicles and structural parts therefor; Automobiles; Sport utility vehicles; Racing cars; Vehicle bumpers; Engines for land vehicles; Transmissions for land vehicles; Land vehicle transmissions and replacement parts thereof; Transmission shafts for land vehicles; Gearing for land vehicles; Clutches for land vehicles; Suspension shock absorbers for vehicles; Shock absorbing springs for vehicles; Vehicle wheels; Hubs for vehicle wheels; Brakes for vehicles; Brake pads for land vehicles; Vehicle seats; Safety belts for vehicle seats; Vehicle accessories, namely, spoilers for vehicles, direction signals for vehicles, fitted seat covers for vehicles, air pumps, hoods for vehicles ; Luggage carriers for vehicles; Mudguards; Steering units for land vehicles

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003

CLASS 21: Mugs; Tumblers for use as drinking glasses

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003

CLASS 25: Headwear, namely, caps; Clothing, namely, jackets, shirts, t-Shirts, polo shirts, fleece pullovers

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003

The color(s) black and red is/are claimed as a feature of the mark.

The mark consists of The letters "n", "i", "s" and "m" appear in black and the letter "o" appears in red.



Director of the United States
Patent and Trademark Office

OWNER OF U.S. REG. NO. 2918308, 1536313, 2996105, 3330360

SER. NO. 86-983,475, FILED 01-21-2016

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## MAINTENANCE ADVANTAGE

**Reg. No. 5,511,513**

**Registered Jul. 10, 2018**

**Int. Cl.: 7, 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (CALIFORNIA CORPORATION)
P.o. Box 685001
Franklin, TENNESSEE 370685001

CLASS 7: Spark plugs; air filters for automobile engines; fuel filters; fan belts for motors and engines; timing belts for engines for land vehicles and throw-out engine bearings

FIRST USE 12-00-2015; IN COMMERCE 12-00-2015

CLASS 12: Automotive parts, namely, vehicle brake pads, brake rotors for land vehicles, brake calipers for land vehicles, shock absorbers for automobiles, vehicle suspension struts, clutch mechanism kits for land vehicles comprised of pressure plates, friction brake discs, windshield wipers for vehicles, windshield wiper blades, engines for land vehicles; transmissions for land vehicles; chassis components for motor vehicles, namely, rear axles for vehicles and universal joints for land vehicles; drive shafts for land vehicles; steering units for land vehicles and parts thereof, namely, steering racks for land vehicles and steering rack assemblies; loaded strut assemblies, namely, shock absorbers for automobiles; steering parts for steering and suspension systems for land vehicles, namely, control arms, electronic steering pumps, and power steering pumps

FIRST USE 12-00-2015; IN COMMERCE 12-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "MAINTENANCE"

SER. NO. 87-556,269, FILED 08-04-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**ZEro Emission**

**Reg. No. 5,525,049**

**Registered Jul. 24, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), DBA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 2208623

CLASS 12: Non-electric prime movers for land vehicles, not including their parts, namely, motors and engines; Machine elements for land vehicles, namely, motors and engines; Anti-theft alarms for vehicles; AC motors or DC motors for land vehicles, not including their parts; Automobiles and their structural parts and fittings; Electric land vehicles

FIRST USE 12-00-2010; IN COMMERCE 12-00-2010

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2009-78720, FILED 10-16-2009, REG. NO. 5420285, DATED 06-24-2011, EXPIRES 06-24-2021

The mark consists of the stylized wording "ZERO EMISSION" and a stylized design of an electric plug representing the lowercase "e" in the word "zero".

No claim is made to the exclusive right to use the following apart from the mark as shown: "ZERO EMISSION"

SER. NO. 77-937,382, FILED 02-17-2010



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# KICKS

**Reg. No. 5,546,161**

**Registered Aug. 21, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Automobiles and their structural parts and fittings; electric automobiles and their structural parts and fittings; fuel cell automobiles and their structural parts and fittings

FIRST USE 5-29-2018; IN COMMERCE 5-29-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2014-062335, FILED 07-25-2014, REG. NO. 5728864, DATED 12-26-2014, EXPIRES 12-26-2024

SER. NO. 86-438,362, FILED 10-29-2014



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# I N F I N I T I

**Reg. No. 5,677,420**

**Registered Feb. 19, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 2208623

CLASS 9: Measuring and testing machines and instruments, namely, machines and instruments for measuring automobile battery charge level and testing automobile battery function; time recording apparatus; power distribution or control machines and apparatus, namely, electrical power distribution units and electricity inverters; electrical distribution boxes; rotary converters; battery chargers; chargers for charging batteries with electricity; electric transformers; batteries, electronic cells and secondary cells in the nature of rechargeable batteries; fuel cells; electric wires and cables; vehicular radios communication machines and apparatus; radio communication machines and apparatus, namely, single-channel radio communication machines and apparatus for fixed stations and wireless LAN communication such as a wireless local area network; vehicular telematics system, comprised of telematics apparatus in the nature of wireless internet devices which provide telematic services and have a cellular phone function and non-internet based wireless communication devices; electronic automobile battery charge completion notification apparatus; vehicle navigation systems equipped with telematics function, comprised of car navigation computers, cell phones, wireless internet devices which provide navigation services and have a cellular phone function and non-internet based wireless communications devices; electronic apparatus for notifying that a charge plug has not been inserted; computer software and computer hardware, namely, sensors, computers, and wireless transceivers to provide connectivity within the vehicle, between vehicles, with cell phones, and with data centers, in addition to tactile, audible, and visual interfaces to interact with occupants of the vehicle; computer application software for smartphones, PDA devices and tablet computers, namely, software for use by drivers of vehicles, passengers and internet users for accessing, viewing, and interacting with and downloading information and entertainment content; computer software programs for operating remote access and driving authorization systems for automobiles; remote control systems for recharging batteries comprised of charger and cellular phone; electrodes; magnetic cores; spectacles; protection devices for personal use against accidents, namely, drivers helmets; inverters; laptop carrying cases; computer bags; CD storage wallets; cell phone cases; computer game software; eyewear; blank USB flash drives; driving helmets; memory cards; mouse pads; sun glasses; video game software; straps for cell phones; straps for flash drives; straps for eyeglasses; protective covers and cases for cell phones, laptops and portable media players; apparatus for indicating recharging time required for automobile batteries; automatic automobile battery charge completion notification apparatus that uses electronic mail; automobile batteries; electric apparatus, namely, electric vehicle battery charging stations; electronic apparatus for collecting and transmitting associated data about an automobile battery recharging station; electronic apparatus for receiving information about consumer crowdedness at an automobile battery recharging station; electronic apparatus for receiving search information about automobile battery recharging stations nearest to a vehicle; electronic apparatus using electronic mail for notification that the charge plug for automobile batteries has not yet been inserted; electronic dialing apparatus for booking a charge at an automobile battery recharging station; electronic machines, apparatus, and their parts for recharging automobile batteries; electronic remote control systems for air conditioners in electric vehicles comprised of electronic controllers, digital thermostats and self-timers; electronic remote control systems for recharging electric vehicles comprised of electronic controllers, battery monitors checking remaining battery power and self-timers; navigational system, comprising electronic transmitters, receivers,



Director of the United States
Patent and Trademark Office

circuitry, microprocessors, and computer software all for use in navigation and all incorporated into a motor vehicle; rechargeable electric batteries; resistance wires; vehicular personal computers; wire communication machines and apparatus, namely, apparatus for transmission of communications

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-055225, FILED 08-03-2011, REG. NO. 5505276, DATED 01-24-2014, EXPIRES 01-24-2024

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-055225, FILED 08-03-2011, REG. NO. 5644859, DATED 01-24-2014, EXPIRES 01-24-2024

OWNER OF EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) , REG. NO. 009749607, DATED 07-25-2012, EXPIRES 02-15-2021

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-055225, FILED 08-03-2011, REG. NO. 5557131, DATED 01-24-2014, EXPIRES 01-24-2024

The mark consists of stylized word "INFINITI".

The wording "INFINITI" has no meaning in a foreign language.

SER. NO. 85-425,655, FILED 09-19-2011

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ROCK CREEK

**Reg. No. 5,758,472**

**Registered May 21, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (CALIFORNIA CORPORATION)
P.o. Box 685001
Franklin, TENNESSEE 370685001

CLASS 12: Automobiles and structural parts therefor

FIRST USE 3-1-2019; IN COMMERCE 3-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-627,666, FILED 09-29-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# OMNIPARTS AUTOMOTIVE

**Reg. No. 5,829,288**

**Registered Aug. 06, 2019**

**Int. Cl.: 7, 9, 11, 12**

**Trademark**

**Principal Register**

Omni-Parts Automotive LLC  (DELAWARE LIMITED LIABILITY COMPANY)
2711 Centerville Road, Suite 400
Wilmington, DELAWARE 19808

CLASS 7: Air filters for vehicle motors and engines; Alternators; Compressors for air conditioners; Constant Velocity (CV) drive shaft with joints for automobiles, sports utility vehicles, vans and pick-up trucks; Electric fans, ventilators and blowers for motors and engines; Fans for motors and engines; Fuel filters; coils for internal combustion engines; land vehicle parts; condensers for air conditioners for vehicles; Oil filters; Radiators for vehicles; Spark plug ignition wires; Starters for engines; Vehicle door parts, namely, window regulator with motor

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 9: Batteries for vehicles

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 11: Air filters for climate control in vehicle passenger compartments; heater cores

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 12: brake calipers for land vehicles; Brake drums for vehicles; Brake master cylinders for automobiles, sports utility vehicles, vans and pick-up trucks; Brake pads for land vehicles; Brake rotors for land vehicles; Brake shoes for land vehicles;Land vehicle suspension parts, namely, coil springs; Land vehicle suspension parts, namely, sway bars; Steering and suspension systems and parts for steering and suspension systems for vehicles, namely, upper ball joints, lower ball joints, ball joints with control arms, bushing kits, inner tie rod ends, outer tie rod ends, sleeves, idler arms, center links, stabilizer kits, inner sockets and pitman arms; Vehicle wheel hub assembly; land vehicle parts, namely, power steering pumps; rack and pinion steering units

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTOMOTIVE"

SER. NO. 87-136,463, FILED 08-12-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# OMNIPARTS
### AUTOMOTIVE

**Reg. No. 5,840,012**

**Registered Aug. 20, 2019**

**Int. Cl.: 7, 9, 11, 12**

**Trademark**

**Principal Register**

Omni-Parts Automotive LLC  (DELAWARE LIMITED LIABILITY COMPANY)
2711 Centerville Road, Suite 400
Wilmington, DELAWARE 19808

CLASS 7: Air filters for vehicle motors and engines; Alternators; Compressors for air conditioners; Constant Velocity (CV) drive shaft with joints for automobiles, sports utility vehicles, vans and pick-up trucks; Electric fans, ventilators and blowers for motors and engines; Fans for motors and engines; Fuel filters; coils for internal combustion engines; land vehicle parts; condensers for air conditioners for vehicles; Oil filters; Radiators for vehicles; Spark plug ignition wires; Starters for engines; Vehicle door parts, namely, window regulator with motor

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 9: Batteries for vehicles

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 11: Air filters for climate control in vehicle passenger compartments; heater cores

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 12: Brake calipers for land vehicles; Brake drums for vehicles; Brake master cylinders for automobiles, sports utility vehicles, vans and pick-up trucks; Brake pads for land vehicles; Brake rotors for land vehicles; Brake shoes for land vehicles;Land vehicle suspension parts, namely, coil springs; Land vehicle suspension parts, namely, sway bars; Steering and suspension systems and parts for steering and suspension systems for vehicles, namely, upper ball joints, lower ball joints, ball joints with control arms, bushing kits, inner tie rod ends, outer tie rod ends, sleeves, idler arms, center links, stabilizer kits, inner sockets and pitman arms; Vehicle wheel hub assembly; land vehicle parts, namely, power steering pumps; rack and pinion steering units

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

The mark consists of the words "OMNIPARTS AUTOMOTIVE" in a stylized form appearing inside of a parallelogram.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTOMOTIVE"

SER. NO. 86-948,047, FILED 03-22-2016



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,043,648**

**Registered Apr. 28, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Vehicles for locomotion by land, air, water or rail and structural parts and fittings
therefor, namely, automobiles

FIRST USE 4-16-2019; IN COMMERCE 4-16-2019

The mark consists of a stylized "Z" within the shaded background of 2 concentric circles
partially enclosed by a black laurel wreath. "50th" is located directly underneath the laurel
wreath design.

SER. NO. 88-323,893, FILED 03-04-2019



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,259,109**

**Registered Feb. 02, 2021**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 18: leather bags, leather key cases, luggage, luggage tags, namely, tags for handbags or briefcases

FIRST USE 00-00-2004; IN COMMERCE 00-00-2004

OWNER OF JAPAN , REG. NO. 5476603, DATED 03-09-2012, EXPIRES 03-09-2022

The mark consists of a partially shaded semi-circle broken by an inverted "V".

SER. NO. 88-599,450, FILED 08-30-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,375,184**
**Registered Jun. 08, 2021**
**Int. Cl.: 9, 12, 35, 36, 37, 39**
**Service Mark**
**Trademark**
**Principal Register**

Nissan Jidosha Kabushiki Kaisha (also trading as Nissan Motor Co., Ltd.)
 (JAPAN CORPORATION)
No.2, Takara-cho,
Kanagawa-ku, Yokohama-shi Kanagawa-ken
JAPAN

CLASS 9: Battery chargers for use with vehicle batteries; battery chargers; electric batteries for vehicles; electrical cells and batteries; fuel cells; navigation apparatus for vehicles in the nature of on-board computers; downloadable computer software for accessing vehicle telecommunications services, vehicle navigation services and vehicle security services; downloadable computer programs for accessing vehicle telecommunications services, vehicle navigation services and vehicle security services; downloadable applications for use with mobile devices for the management and charging of electric batteries for vehicles; electric cables for use to charge vehicle batteries; electric wires for use to charge vehicle batteries; electronic publications, downloadable, in the nature of owners manuals or service manuals in the field of automobile; anti-theft warning apparatus being theft alarms; theft prevention installations, electric being theft alarms; encoded key cards; inverters for electricity; apparatus for recording of sound; apparatus for recording of images; pressure measuring apparatus; cases adapted for computers; cases specially adapted for encoded key cards; CD storage wallets; cell phone cases; cell phone straps; computer peripheral devices; mouse being computer peripheral; mouse pads; spectacles being optics; spectacle cases; eyeglass cords; straps specially adapted for blank flash memory cards; protective helmets; straps for tablet computers; laser pointers; camera monopods; tripods for cameras; computer, electronic and electric cable managers, organizers and keepers being sleeves for electric cables; selfie sticks being hand-held monopods

CLASS 12: Automobiles; electric-powered motor vehicles; wagons; trucks; vans being vehicles; sport utility vehicles; motor buses; recreational vehicles, namely, rv campers; sports cars; racing cars; lorries; fork lift trucks; tractors; towing tractors; trailers; semi-trailers; structural parts for automobile; engines for land vehicles; motors for land





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

vehicles; bodies for vehicles; vehicle chassis; transmissions, for land vehicles; transmission shafts for land vehicles; gearing for land vehicles; clutches for land vehicles; axles for vehicles; vehicle suspension springs; shock absorbers for automobiles; vehicle wheels; tires for vehicle wheels; hubs for vehicle wheels; adhesive rubber patches for repairing tire inner tubes; brakes for vehicles; brake pads for land vehicles; windshields being land vehicle parts; windshield wipers being vehicle parts; vehicle bumpers; steering units for land vehicles; horns for vehicles; direction signals for vehicles; vehicle seats; safety belts for vehicle seats; head-rests for vehicle seats; reversing alarms for vehicles; anti-theft devices for vehicles; air bags being safety devices for automobiles; rearview mirrors; tailboard lifts being parts of land vehicles; spoilers for vehicles; luggage carriers for vehicles; mudguards; anti-skid chains for vehicles; fitted vehicle covers; fitted seat covers for vehicles; air pumps being vehicle accessories; ski carriers for vehicles; cigar lighters for land vehicles; safety seats for children for vehicles; hoods for vehicles; doors for vehicles; space vehicles; aeroplanes; seaplanes; aircraft; carts; motorcycles; boats; ferry boats; ships; yachts; bicycles; audible warning systems for cycles in the nature of security alarms; cycle chains; motors for cycles; cycle saddles; ashtrays for automobiles; brake discs for vehicles; driverless cars being autonomous cars; side view mirrors for vehicles; engine mounts for land vehicles; caps for vehicle petrol and gas tanks; torque converters for land vehicles

CLASS 35: Advertising; business management; business administration; office functions; retail and wholesale store services for land vehicles, structural parts and fittings therefor; sales promotion for others; compilation of information into computer databases; systemization of information into computer databases; advertising and publicity services for vehicles; import-export agency services; providing information about land vehicles, namely, consumer product information and price comparison information; providing price-comparison information in the field of fuel; commercial information and advice for consumers in the choice of products and services; business administration of consumer loyalty programs; organization of exhibitions for commercial or advertising purposes; organization of trade fairs; business management in the field of vehicle fleets for others

CLASS 36: Insurance brokerage; financial affairs, namely, financial information, management and analysis services; monetary affairs, namely, financial information, management and analysis services; real estate affairs, namely, real estate agency services; accident insurance underwriting; brokerage for hire-purchase; credit and cash card payment processing services; financial information; financing services; issuance of credit cards; appraisal of used automobiles; insurance services relating to vehicles, namely providing vehicle insurance rate quotes; providing of comprehensive extended warranty services for land vehicles, structural parts and fittings therefor, namely, service contracts; extended warranty insurance services, namely, service contracts; financing of loans; automobile lease financing; lease purchase financing of vehicles; debit card services, namely, processing of debit card payments; electronic wallet payment services, namely, bill payment services provided via an electronic wallet

CLASS 37: Repair or maintenance of land vehicles, parts and fittings therefor; providing information about repair or maintenance of land vehicles, parts and fittings therefor; repair or maintenance of chargers for electrical vehicles; repair or maintenance of batteries and cells; repair or maintenance of telecommunication machines and apparatus; vehicle breakdown repair services; charging of electric vehicles

CLASS 39: Packaging and storage of goods; travel arrangement, namely, arranging transport for travelers; providing transportation information; car transport; vehicle rental; vehicle breakdown towing services; passenger transport; transportation information; providing road and traffic information; car parking; leasing of vehicles; GPS navigation services; car sharing services; automotive subscription services, namely, providing temporary use and rental of automobiles on a reoccurring daily, weekly, monthly, or yearly basis; providing electricity storage; electricity distribution; distribution and transmission of electricity between electric vehicle batteries and battery terminals for household purposes enabled by downloadable applications for the

management of distribution and transmission of electricity for use with mobile devices; providing information relating to vehicle driving services; providing traffic information; route planning being travel navigation services

The mark consists of the wording "NISSAN" surrounded by two half-circles.

PRIORITY DATE OF 03-02-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1537731 DATED 03-13-2020, EXPIRES 03-13-2030

SER. NO. 79-288,335, FILED 03-13-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# QX55

**Reg. No. 6,420,578**

**Registered Jul. 13, 2021**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Vehicles for locomotion by land, air, water or rail and structural parts and fittings therefor, namely, automobiles; electric vehicles, namely, electric automobiles, wagons, trucks, vans, sport utility vehicles, buses, recreational vehicles (RV), namely, campers, motor homes and fifth-wheel trailers; sports cars, racing cars, bicycles, lorries, fork lift trucks, including towing tractors, and structural parts and fittings therefor; engines for land vehicles; electric motors for land vehicles; transmissions for land vehicles; brakes and brake pads for land vehicles; automotive windscreens; windshield wipers being vehicle parts; vehicle bumpers; vehicle seats; Safety devices for land vehicles, namely, airbags; mudguards; Vehicle accessories, namely, air pumps, license plate frames, luggage carriers for vehicles, fitted covers for automobiles, fitted vehicle seat covers, cigar lighters for automobiles, vehicle spoilers and safety seats for children for automobiles; steering wheels for automobiles; automobile wheels; automobile bodies; automobile chassis; direction signals for automobiles; shock absorbing springs and suspension shock absorbers for automobiles

FIRST USE 5-00-2021; IN COMMERCE 5-00-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-511,666, FILED 07-12-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PRO-X

**Reg. No. 6,590,854**

**Registered Dec. 14, 2021**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc.  (DELAWARE CORPORATION)
One Nissan Way
Franklin, TENNESSEE 37067

CLASS 12: Motor vehicles, namely, on-road passenger trucks and structural parts therefor, excluding multi-purpose utility trucks for commercial and industrial use

FIRST USE 8-25-2021; IN COMMERCE 8-25-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-198,881, FILED 11-19-2018







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,236,841**

**Registered Dec. 05, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 9: Downloadable computer programs for navigation; downloadable electronic publications, namely, owner's manuals; anti-theft alarms; electric theft prevention installations; comprised of anti-theft alarms; vehicle breakdown warning triangles; encoded keys; apparatus for recording of sound and images for use in connection with vehicles and motorsport; cases for encoded keys; straps for encoded keys; cell phone straps; straps for electronic devices, namely, mobile electronic devices

FIRST USE 1-1-2023; IN COMMERCE 1-1-2023

The mark consists of an oval broken by a chevron at the bottom.

SER. NO. 90-122,044, FILED 08-18-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NISSAN Z

**Reg. No. 7,305,907**

**Registered Feb. 13, 2024**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha  (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Automobiles, sports cars, and structural parts therefor; Windshield wipers for vehicles; Steering wheels for land vehicles; Spoilers for vehicles; Fitted vehicle covers; Kick plates for automobiles

FIRST USE 8-9-2022; IN COMMERCE 8-9-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-303,419, FILED 03-09-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,334,292**

**Registered Mar. 26, 2024**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Automobiles, sports cars, racing cars, and structural parts therefor; land vehicle wheels; all of the foregoing goods excluding tire chains for land vehicles

FIRST USE 8-7-2022; IN COMMERCE 8-7-2022

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2017351, FILED 03-12-2020

The mark consists of the stylized letter "Z".

SER. NO. 88-842,602, FILED 03-20-2020

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# e-4ORCE

**Reg. No. 7,347,114**

**Registered Apr. 02, 2024**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Nissan Motor Co., Ltd.
No. 2 Takaracho, Kanagawa-ku
Yokohama-shi, Kanagawa, JAPAN 220-8623

CLASS 12: Motor vehicles, namely, automobiles, electric land vehicles, sport utility vehicles, and structural parts therefor; all-wheel drive control units for automobiles, namely, control units for regulating the amount of torque applied to land vehicle wheels; all of the foregoing goods excluding supercharger kits for internal combustion engines of land vehicles, and excluding continuously variable clutch mechanisms for land vehicles and power transmission belts for land vehicles, namely, variable speed belts

FIRST USE 3-25-2023; IN COMMERCE 3-25-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2019-156418, FILED 12-13-2019, REG. NO. 6342224, DATED 01-19-2021, EXPIRES 01-19-2031

SER. NO. 88-861,349, FILED 04-06-2020

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PROTO SPEC

**Reg. No. 7,409,390**

**Registered Jun. 04, 2024**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Nissan North America, Inc. (DELAWARE CORPORATION)
One Nissan Way
Franklin, TENNESSEE 37067

CLASS 12: Motor vehicles, namely, automobiles and structural parts therefore

FIRST USE 8-9-2022; IN COMMERCE 8-9-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-340,784, FILED 03-31-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| Int. Cls.: 7, 12, 22 and 27 | |
| Prior U.S. Cl.: 19 | Reg. No. 686,586 |
| **United States Patent and Trademark Office** | Registered Oct. 13, 1959 |
| 10 Year Renewal | Renewal Term Begins Oct. 13, 1999 |

## TRADEMARK
## PRINCIPAL REGISTER

## DATSUN

NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN COMPANY)
NO. 2, TAKARA-CHO
KANAGAWA-KU, YOKOHAMA, JAPAN

OWNER OF JAPAN REG. NO. 299850, DATED 3-18-1938.

FOR: [SHIPS AND VEHICLES-NAMELY,] AUTOMOBILE[S,] [BUSES, MOTOR TRUCKS, PATROL CARS, MOTOR CYCLES, AMBULANCES, TRUCK TRACTORS, TANK TRUCKS, AND] PARTS [THEREOF], IN CLASS 19 (INT. CLS. 7, 12, 22 AND 27).

FIRST USE ; IN COMMERCE .

SER. NO. 72-053,631, FILED 6-16-1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 7, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

686,586
Registered Oct. 13, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,631, filed June 16, 1958

# DATSUN

Nissan Jidosha Kabushiki Kaisha (Japanese company)
No. 2 Takara-Cho
Kanagawa-ku, Yokohama, Japan

For: SHIPS AND VEHICLES—NAMELY, AUTO-MOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTOR CYCLES, AMBULANCES, TRUCK TRACTORS, TANK TRUCKS, AND PARTS THERE-OF—in CLASS 19.

Owner Japanese Reg. No. 299,850, dated Mar. 18, 1938.

REGISTERED FOR A TERM OF 20 YEARS FROM Oct. 13, 1959

COMB. AFF. SEC 8 & 15



Attest:

JAN 26 1979
*L. R. Hill*
Attesting Officer

Certified to be a true copy of the registration, which is in full force and effect, with notations of all effective actions taken thereon, excluding transfers, as disclosed by the records of the United States Patent & Trademark Office.

*Donald W. Banner*
COMMISSIONER OF
PATENTS & TRADEMARKS

# United States Patent Office

**686,586**
Registered Oct. 13, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,631, filed June 16, 1958

## DATSUN

Nissan Jidosha Kabushiki Kaisha (Japanese company)
No. 2 Takara-Cho
Kanagawa-ku, Yokohama, Japan

For: SHIPS AND VEHICLES—NAMELY, AUTO-MOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTOR CYCLES, AMBULANCES, TRUCK TRACTORS, TANK TRUCKS, AND PARTS THERE-OF—in CLASS 19.

Owner Japanese Reg. No. 299,850, dated Mar. 18, 1938.

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 689,797

Registered Dec. 15, 1959

Renewal Term Begins Dec. 15, 1999

## TRADEMARK
## PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
NO. 2, TAKARA-CHO
KANAGAWA-KU, YOKOHAMA, JAPAN

OWNER OF JAPAN REG. NO. 299851, DATED 3–18–1938.

FOR: SHIPS AND VEHICLES—NAMELY, AUTOMOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTORCYCLES, AMBULANCES, TRUCK TRACTORS, TANK TRUCKS, AND PARTS THEREOF, IN CLASS 19 (INT. CL. 12).

SER. NO. 72–053,633, FILED 6–16–1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 22, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**689,797**
Registered Dec. 15, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,633, filed June 16, 1958



Nissan Jidosha Kabushiki Kaisha (Japanese company)
No. 2, Takara-Cho
Kanagawa-ku, Yokohama, Japan

For: SHIPS AND VEHICLES—NAMELY, AUTO-MOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTORCYCLES, AMBULANCES, TRUCK TRAC-TORS, TANK TRUCKS, AND PARTS THEREOF—in CLASS 19.

Owner of Japanese Reg. No. 299,851, dated Mar. 18, 1938.

COMB. AFF. SEC 8 & 15
OCT - 8 1965

# United States Patent Office

**689,797**
**Registered Dec. 15, 1959**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,633, filed June 16, 1958



Nissan Jidosha Kabushiki Kaisha (Japanese company)
No. 2, Takara-Cho
Kanagawa-ku, Yokohama, Japan

For: SHIPS AND VEHICLES—NAMELY, AUTO-MOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTORCYCLES, AMBULANCES, TRUCK TRAC-TORS, TANK TRUCKS, AND PARTS THEREOF—in CLASS 19.

Owner of Japanese Reg. No. 299,851, dated Mar. 18, 1938.

Int. Cls.: 7, 12, 22 and 27

Prior U.S. Cl.: 19                                                    Reg. No. 689,798

**United States Patent and Trademark Office**      Registered Dec. 15, 1959

10 Year Renewal                                          Renewal Term Begins Dec. 15, 1999

## TRADEMARK
## PRINCIPAL REGISTER



NISSAN JIDOSHA KABUSHIKI KAISHA
    (JAPAN CORPORATION)
NO. 2, TAKARA-CHO
KANAGAWA-KU, YOKOHAMA, JAPAN

   OWNER OF JAPAN REG. NO. 238353,
DATED 11-22-1932.
   FOR: SHIPS AND VEHICLES—
NAMELY, AUTOMOBILES[, BUSES,

MOTOR TRUCKS, PATROL CARS, MO-
TORCYCLES, AMBULANCES, TRUCK
TRACTORS, TANK TRUCKS, AND
PARTS THEREOF], IN CLASS 19 (INT.
CLS. 7, 12, 22 AND 27).

   FIRST USE ; IN COMMERCE .

   SER. NO. 72-053,634, FILED 6-16-1958.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 22, 2000.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

# United States Patent Office

**689,798**
Registered Dec. 15, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,634, filed June 16, 1958



Nissan Jidosha Kabushiki Kaisha (Japanese company)
No. 2, Takara-Cho
Kanagawa-ku, Yokohama, Japan

For: SHIPS AND VEHICLES—NAMELY, AUTOMOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTORCYCLES, AMBULANCES, TRUCK TRACTORS, TANK TRUCKS, AND PARTS THEREOF—in CLASS 19.

Owner of Japanese Reg. No. 238,353, dated Nov. 22, 1932.

OCT - 8 1965

COMB. AFF. SEC 8 & 15

# United States Patent Office

**689,798**
Registered Dec. 15, 1959

## PRINCIPAL REGISTER
## Trademark

Ser. No. 53,634, filed June 16, 1958



Nissan Jidosha Kabushiki Kaisha (Japanese company)
No. 2, Takara-Cho
Kanagawa-ku, Yokohama, Japan

For: SHIPS AND VEHICLES—NAMELY, AUTO-MOBILES, BUSES, MOTOR TRUCKS, PATROL CARS, MOTORCYCLES, AMBULANCES, TRUCK TRAC-TORS, TANK TRUCKS, AND PARTS THEREOF—in CLASS 19.

Owner of Japanese Reg. No. 238,353, dated Nov. 22, 1932.